**Exhibit "B"**


# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-366-084**

**Effective Date of Registration:**
July 30, 2019

**Registration Decision Date:**
August 27, 2019



## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

**Title** _____

| | |
|---|---|
| **Title of Group:** | 2019 Waterman Unpublished 1, 168_Bronx_Jan2019_1.jpg, 168_Bronx_Jan2019_6.jpg, 168_Bronx_Jan2019_10.jpg, 168_Bronx_Jan2019_25.jpg, 168_Bronx_Jan2019_30.jpg, 168_Bronx_Jan2019_31.jpg, 168_Bronx_Jan2019_67.jpg, 168_Bronx_Jan2019_71.jpg, 168_Bronx_Jan2019_72.jpg, 168_Bronx_Jan2019_74.jpg, 168_Bronx_Jan2019_75.jpg, 168_Bronx_Jan2019_81.jpg, 168_Bronx_Jan2019_82.jpg, 168_Bronx_Jan2019_95.jpg, 168_Bronx_Jan2019_97.jpg, 168_Bronx_Jan2019_100.jpg, 168_Bronx_Jan2019_107.jpg, 168_Bronx_Jan2019_111.jpg, 168_Bronx_Jan2019_112.jpg, 168_Bronx_Jan2019_114.jpg, 168_Bronx_Jan2019_116.jpg, 168_Bronx_Jan2019_117.jpg, 168_Bronx_Jan2019_119.jpg, 168_Bronx_Jan2019_122.jpg, 168_Bronx_Jan2019_127.jpg, 168_Bronx_Jan2019_129.jpg, 168_Bronx_Jan2019_132.jpg, 168_Bronx_Jan2019_139.jpg, 168_Bronx_Jan2019_161.jpg, 168_Bronx_Jan2019_206.jpg, 168_Bronx_Jan2019_207.jpg, 168_Bronx_Jan2019_209.jpg, 168_Bronx_Jan2019_210.jpg, 168_Bronx_Jan2019_212.jpg, 168_Bronx_Jan2019_217.jpg, 168_Bronx_Jan2019_219.jpg, 168_Bronx_Jan2019_230.jpg, 168_Bronx_Jan2019_234.jpg, 168_Bronx_Jan2019_238.jpg, 168_Bronx_Jan2019_243.jpg, 168_Bronx_Jan2019_252.jpg, 168_Bronx_Jan2019_253.jpg, 168_Bronx_Jan2019_254.jpg, 168_Bronx_Jan2019_265.jpg, 168_Bronx_Jan2019_267.jpg, 168_Bronx_Jan2019_269.jpg, 169_ClubW_Jan20_10.jpg, 169_ClubW_Jan20_92.jpg, 169_ClubW_Jan20_130-2.jpg, 169_ClubW_Jan20_130.jpg, 169_ClubW_Jan20_132-2.jpg, 169_ClubW_Jan20_132.jpg, 169_ClubW_Jan20_159.jpg, 169_ClubW_Jan20_160.jpg, 169_ClubW_Jan20_162.jpg, 169_ClubW_Jan20_174.jpg, 169_ClubW_Jan20_176.jpg, 169_ClubW_Jan20_177.jpg, 169_ClubW_Jan20_226.jpg, 169_ClubW_Jan20_238.jpg, 169_ClubW_Jan20_262.jpg, 169_ClubW_Jan20_270.jpg, 169_ClubW_Jan20_272.jpg, 169_ClubW_Jan20_287.jpg, 169_ClubW_Jan20_288.jpg, 169_ClubW_Jan20_293.jpg, 169_ClubW_Jan20_297.jpg, 169_ClubW_Jan20_300.jpg, 169_ClubW_Jan20_301-2.jpg, 169_ClubW_Jan20_338-2.jpg, 169_ClubW_Jan20_353.jpg, 169_ClubW_Jan20_356.jpg, 169_ClubW_Jan20_378.jpg, |

| | |
|---|---|
| Number of Photographs in Group: | 169_ClubW_Jan20_379-2.jpg, 169_ClubW_Jan20_381-2.jpg, 169_Clu 690 |

## Completion/Publication

**Year of Completion:** 2019

## Author

- **Author:** ELIZABETH WATERMAN
  **Author Created:** photographs
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** ELIZABETH WATERMAN
3103 17th Street, Santa Monica, CA, 90405, United States

## Rights and Permissions

**Name:** ELIZABETH WATERMAN
**Email:** elizabethwatermanart@gmail.com
**Telephone:** (917)374-6880
**Alt. Phone:** (917)374-6880
**Address:** 3103 17th Street
3103 17th Street
Santa Monica, CA 90405 United States

## Certification

**Name:** ELIZABETH WATERMAN
**Date:** July 30, 2019

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



Basis for Registration: Registration extends only to 690 photographs in the title list.