**Exhibit "C"**

TikTok

Search

Log in

- For You
- Following
- Friends
- Explore New
- LIVE
- Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company
About Newsroom Contact Careers

Program

## vs_asad

V$ ASAD

Follow

**137** Following **1658** Followers **110.8K** Likes

"Unbreakable it's VS"💎
On All streaming platforms V$ ASAD
lnk.bio/rYkZ?fbclid=PAAaaN...

Videos | Liked

"Overdrive" challenge is

"Overdrive" video out

If yall havent heard the ep

😂 rick ross be like...

Rambo with this bitch lol!

Steppas on the way

3 reason you shouldnt

😂😂 red snapper done

Pretty girls love trap

V$ Kash got some shit

Shiftiest 11 year old on

"Overdrive challenge" in



Page 2
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad


▷ 161
"| Go harder then most


▷ 378
Watch who in yo corner


▷ 374
"That wap it make me


▷ 502
Top prospect in the nation


▷ 546
"Overdrive" challenge


▷ 339
😂😂 "what them mOts"


▷ 378
#motivation #hustlers


▷ 293
NotYourKind - "ride my


▷ 282
Peaceful views


▷ 216
Birthday recap 💎🌀


▷ 362
Be patience and dont


▷ 365
Man I felt bad after the


▷ 178
"Going places" out on all


▷ 473
Lol yall doing this to yall


▷ 308
Finna be laughing to the


▷ 432
Keep thuggin it out its

Page 3
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad


▷ 325
Dont hit me im in that


▷ 366
Lol flavor flav cousin just


▷ 647
Poppin bottles bloopers


▷ 241
Pop out gang bit**


▷ 402
Lol would yall have


▷ 711
What yall doing if ya


▷ 327
We love this s*** 🔒


▷ 336
"Feed the family" EP OUT


▷ 331
Love the life you want to


▷ 124
Quick performance only


▷ 298
"Overdrive" video


▷ 1345
They going crazy to that


▷ 318
Them VS🧑 always puttin


▷ 92
They going crazy


▷ 843
Y3k by: T3k otw ft the big


▷ 487
War on the block they

Captured by FireShot Pro: 07 June 2024, 14:10:37
https://getfireshot.com

Page 4
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad


▷ 106
"That wopit make me


▷ 315
241k views and counting


▷ 353
😂 somebody come get ⋮


▷ 323
My dawg wall-e mobbin


▷ 7183
😂 mardi gras 2023


▷ 337
Lol we in hard times I


▷ 333
"Shaun light"


▷ 202
"Steppas" video is out


▷ 297
LA fashion week walking


▷ 190
V$ ASAD - "Switch it up"


▷ 272
Live yo life and hussle


▷ 235
First show went up! 🌍


▷ 652
I work hard thats it!


▷ 133
"Switch it up EP" out


▷ 280.9K
Lol when in Colorodo


▷ 282
😂😂 #funny #trippin

Captured by FireShot Pro: 07 June 2024, 14:10:37
https://getfireshot.com

Page 5
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad


▷ 346

Lol They was tryna take


▷ 308

Don't make no sense y'all


▷ 333

Put that drip on the


▷ 3258

Look crazy ash #funny


▷ 5055

"Godly" video dropping


▷ 2249

Y'all heard that new


▷ 4553

"That's a stallion I like


▷ 1947

what you say when you


▷ 1993

Lol them old school


▷ 4315

When them checks finally


▷ 822

Page 1
"That wopit make me stop it" V$ Asad - Overdrive #music #new #newartis... | TikTok
https://www.tiktok.com/@vs_asad/video/7219375916399676718

## TikTok

Search

Log in

For You
Following
Friends
Explore  New
LIVE
Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company

About  Newsroom  Contact  Careers



00:00 / 00:47    Speed

6
1
0

**vs_asad**
V$ ASAD · 2023-4-7    Follow

"That wopit make me stop it" V$ Asad - Overdrive #music #new #newartist

♫ Overdrive - V$ ASAD

📍 Los Angeles County

### 1 comment

Log in to comment

**Richie Rich** 🚬
2023-4-8      0   Reply

### You may like


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
cklhjvj
0 · 11h ago


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
pperend
1 · 14h ago


Start writing or Use the AI Assistant 😎 he appearance of...
keoelwnjatd
3 · 1d ago


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
cklhjvj
0 · 11h ago


#zodiacs #astrology #fyp
zodiacsprophet
7675 · 5-24


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
rtsttiol
0 · 14h ago


Beautiful view of airplanes when landing ep.1237
gspro.gaming
149 · 4-2


#CapCut #dogsoftiktok #dog #doglove...


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
rymkegd
0 · 9h ago

I love the way you work it 🐝 Granny Style 👵 #granny...

Captured by FireShot Pro: 07 June 2024, 13:57:40
https://getfireshot.com

Page 2
"That woplt make me stop it" V$ Asad - Overdrive #music #new #newartis... | TikTok
https://www.tiktok.com/@vs_asad/video/7219375916399676718

zoie_gsdowner
♡ 71 · 2d ago

grooveynannygranny
♡ 236.2K · 3-11

e after showing everyon
e Eilish vid (Steps in B

e after showing everyon
e Eilish vid (Steps in B

Vid steps in pfp/bi0
#nbafinals
#ncaafootball...

Vid steps in pfp/bi0
#nbafinals
#ncaafootball...

omenhxd635
♡ 0 · 9h ago

rteschu582
♡ 0 · 14h ago



Captured by FireShot Pro: 07 June 2024, 13:57:40
https://getfireshot.com

Page 1
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad/video/7219375916399676718



vs_asad
V$ ASAD · 2023-4-7

Follow

"That wopit make me stop it" V$ Asad - Overdrive #music #new #newartist

♫ Overdrive - V$ ASAD

⌖ Los Angeles County

♡ 6      💬 1      🔖 1

https://www.tiktok.com/@vs_asad/video/72193759163...      Copy link

**Comments (1)**          Creator videos

Richie Rich
💀💀💀
2023-4...  Reply                        ♡
                                        0

Log in to comment

TikTok

Search

Log in

For You
Following
Friends
Explore New
LIVE
Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company
About Newsroom Contact Careers

# murkkdamonsta

Murkk Da Monsta

Follow

**624** Following **385** Followers **2524** Likes

artist/writer actor

Videos Liked

#newmusic

's in the hood #animals

Hottest joints on the

Congrats Jaiden ‼ Boy

#colbchella #hiphop

#Gawddammomee

Go comp that🔥🔥🔥🔥

New album🔥🔥🔥🔥🔥

💪💯‼

Dropping very soon!! Stay

#GodGotMe

Onion rings with jalapeño



Page 3
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta



| | | | |
|---|---|---|---|
| ▷ 325 | ▷ 677 | ▷ 854 | ▷ 1921 |
| Sonic | Who you taking 😂!? | #murkkdamonsta | #lebron #40000points |
| ▷ 4865 | ▷ 2536 | ▷ 3780 | ▷ 759 |
| Who you taking | #omarfromthewire or | Who you taking #odog or | Who the biggest ratchet |
| ▷ 3334 | ▷ 411 | ▷ 3187 | ▷ 525 |
| The biggest dummy | #thewire or #power | Who you taking | #michaeljackson or |
| ▷ 2574 | ▷ 4588 | ▷ 6657 | ▷ 766 |
| Who you got #2pac or | Who you taking Marvin or | Monet Tajada or Raq who | Shannon sharpe and mike |

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 4
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta



▷ 592
#mahomes #3rdring

▷ 712
#monique #kevinhart

▷ 51
New single (Buss it) by

▷ 768

▷ 799
Plane crash in Florida

▷ 307
Ti aint going he comfirms

▷ 293
#murkkdamonsta

▷ 253
#ieatzgood

▷ 266
#murkkdamonsta

▷ 325
Cars stolen within

▷ 392
Fire truck on ice 🌊🥶😂‼️

▷ 276
#cheezitchilli #ieatzgood

▷ 298
#ieatzgood

▷ 1087
4yr old gets a hold of the

▷ 787
#blackwidow

▷ 327
#murkkdamonsta

Page 5
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta


▷ 269
#IEatzGood


▷ 279
#IEatzGood


▷ 265
#ieatzgood


▷ 272
#holidayspirit 🎄🎋‼️


▷ 56
#mealzonabudget


▷ 308
#murkkdamonsta


▷ 318
#chocolatechipcookies


▷ 345
#murkkdamonsta


▷ 88


▷ 319
#timetoclean


▷ 348
New release !!!!!🔥🔥🔥


▷ 303
#snlowmotion


▷ 282
#peaceofmind


▷ 715
#IeatzGood


▷ 299
#happyhalloween

▷ 324
#runningstopsigns

Page 6
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta



#choptrees    #church #Godisgood

#murkkdamonsta




#Gasoverflow

#thatgoodice    #stayfreshcented    #earlymorning    #murkkdamonsta






#leatzgood    #findsomebodytoplaywit    #leatzgood    #onthisday






#murkkdamonsta #bee    #murkkdamonsta    #murkkdamonsta    #selfish #dogs

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 7
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta



▷ 339  #daddylonglegs

▷ 290  #murkkdamonsta

▷ 265  #rip #littlebirdie

▷ 284  #murkkdamonsta

▷ 331  #murkkdamonsta

▷ 289  #murkkdamonsta

▷ 631  #murkkdamonsta

▷ 284  Barz🔥🔥🔥🔥!!



▷ 286  #murkkdamonsta

▷ 311  #mealzonabudget

▷ 331  Prices Hi as hell



▷ 270  #murkkdamonsta



▷ 686  Find somebody to play

▷ 468  From outer space back to

▷ 277  #murkkdamonsta



▷ 289  #murkkdamonsta

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 8
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta


▷ 854
#food #murkkdamonsta


▷ 305
#murkkdamonsta


▷ 773
Mealz on a budget🥄🍽️


▷ 284
Loyalty is everything 💪🏽


▷ 39
I am tho💪🏽💯‼️


▷ 845
Black sheep🐐💯‼️


▷ 761
Murkkdamonsta x Og


▷ 4
Find somebody to play


▷ 41
Out Now go subscribe to


▷ 79
Stay tuned 💪🏽💯‼️


▷ 48
https://youtube.com/@mu


▷ 114
Go subscribe 👋🏽




▷ 263
Available on all streaming


▷ 282
Murkkdamonsta x whole


▷ 772
Come get y'all people's🫵🏽

▷ 907
When someone food you've been thinking bout all day

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 9
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta

   

▷ 91    ▷ 71    ▷ 737    ▷ 53

Menace 😂

   

▷ 373    ▷ 76    ▷ 257    ▷ 262

Lo mein kingllc🍜💯‼️🔥    Popping wheelies💪🏾‼️💯

   

▷ 701    ▷ 826    ▷ 269    ▷ 98

"Kept Put"    "Kept Put"    coming    My famous noodles the

   

▷ 93    ▷ 33    ▷ 40    ▷ 833

#Murkkdamonsta    Labomba out now

Page 10
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta

   

▷ 648     ▷ 255     ▷ 255     ▷ 542

drinking juice😂

   

▷ 730     ▷ 253     ▷ 268     ▷ 668

coming soon💪😎💯❗     beat to a parking spot

   

▷ 254     ▷ 1317     ▷ 265     ▷ 229

Chromebook blues.. dont     #bts #Murkkdamonsta     Free download available

   

▷ 296     ▷ 257     ▷ 20     ▷ 909

Murkkdamonsta"big rims     How parents use to play     Murkkdamonsta "Lotta     Classic mario world💪😎

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 11
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta



▷ 289
jamming to

▷ 259
#cmg10

▷ 251
Murkkdamonsta #Laylaw

▷ 670
super Murkkdamonsta

▷ 19

▷ 228
Dro 450 snip clip

▷ 221
Happy Murkkdamonsta

▷ 659
Murkkdamonsta wit bars

▷ 187
Murkkdamonsta "You ain't

▷ 208
Murkkdamonsta "Warrior"

▷ 653
On the Edge snip

▷ 210
murkkdamonsta "dro450"

▷ 134
murkkdamonsta snip clip

▷ 70
murkkdamonsta snip clip

▷ 7
sometimes that 1 eye is all

▷ 12
Murkkdamonsta "find

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 12
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta

Byn snip clip

  

barz🔥🔥🔥🔥💪❗💯    murkkdamonsta    snip clip "can't leave me

 

Lotta Azz

Page 1
New single (Buss it) by #murkkdamonsta | TikTok
https://www.tiktok.com/@murkkdamonsta/photo/7332511674932645166

## TikTok

Search

Log in

- For You
- Following
- Friends
- Explore  New
- LIVE
- Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company
About  Newsroom  Contact  Careers



murkkdamonsta
Murkk Da Monsta · 2-6

Follow

New single (Buss it) by #murkkdamonsta

♫ Buss it – Murkkdamonsta

**0 comment**

Log in to comment

Be the first to comment!

### You may like



Vid steps in pfp/bi0 #nbafinals #ncaafootball…
goulren1
♡ 1 · 12h ago

Vid steps in pfp/bi0 #nbafinals #ncaafootball…
rymkegd
♡ 0 · 9h ago



Vid steps in pfp/bi0 #nbafinals #ncaafootball…
pperend
♡ 1 · 14h ago

Vid steps in pfp/bi0 #nbafinals #ncaafootball…
rymkegd
♡ 0 · 9h ago



#zodiacs #astrology #fyp
zodiacsprophet
♡ 2212 · 2d ago

Vid steps in pfp/bi0 #nbafinals #ncaafootball…
vesslimp
♡ 0 · 1h ago



Vid steps in pfp/bi0 #nbafinals #ncaafootball…
isenivea3
♡ 0 · 10h ago

Cleaning iPhone charging Port with hot glue don't try…
converto_
♡ 22.7K · 4-23





#forever16💔🕊️ #restinpeace
nara_marshall



Airlines are angry over this crazy travel hack!

Captured by FireShot Pro: 07 June 2024, 14:04:58
https://getfireshot.com

Page 2
New single (Buss it) by #murkkdamonsta | TikTok
https://www.tiktok.com/@murkkdamonsta/photo/7332511674932645166

♡ 73.9K · 5-6

mytraveltote4
♡ 57.2K · 4-6



00:08

Vid steps in pfp/bi0 #nbafinals #ncaafootball…

pperend
♡ 1 · 14h ago



00:08

#CapCut
ctpbiz
♡ 0 · 2h ago



00:08

Vid steps in pfp/bi0 #nbafinals #ncaafootball…

pperend
♡ 0 · 14h ago



baby

00:07

#CapCut
miami.devils1
♡ 63 · 1w ago



00:09

babiesworld.03
♡ 20.1K · 4-4



00:06

Selfish about me . . . . #cozyhome #motivation…

astoldbyteetee
♡ 29 · 20h ago



00:08

Vid steps in pfp/bi0 #nbafinals #ncaafootball…

ndywdis
♡ 0 · 10h ago



00:08

Vid steps in pfp/bi0 #nbafinals #ncaafootball…

hergidn
♡ 1 · 15h ago



00:08

Vid steps in pfp/bi0 #nbafinals #ncaafootball…

tionche
♡ 0 · 13h ago



00:08

Vid steps in pfp/bi0 #nbafinals #ncaafootball…

rymkegd
♡ 0 · 9h ago

Captured by FireShot Pro: 07 June 2024, 14:04:58
https://getfireshot.com

Page 3
New single (Buss it) by #murkkdamonsta | TikTok
https://www.tiktok.com/@murkkdamonsta/photo/7332511674932645166


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
iblecoh
♡ 0 · 13h ago


#CapCut
robg0075
♡ 13 · 5-29


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
elatlog
♡ 1 · 12h ago


Come and get ittttt #baddieseast #liddy
girlyfaceco
♡ 1.4M · 3-22


come here 😂😂 #boys #olderboysarebet...
user8732761811086
♡ 657.7K · 5-26


Just a pupper making friends 🐾 #whatsnottolo...
kodaretriever
♡ 83.1K · 3-31


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
ngstala6
♡ 1 · 13h ago


#CapCut
user229415244975
♡ 42 · 5-28

Captured by FireShot Pro: 07 June 2024, 14:04:58
https://getfireshot.com

Find related content

Report

murkkdamonsta
Murkk Da Monsta · 2-6

Follow

New single (Buss it) by #murkkdamonsta

Buss it - Murkkdamonsta

4 0 0

https://www.tiktok.com/@murkkdamonsta/photo/7332... Copy link

Comments (0) Creator videos

Be the first to comment!

Log in to comment



Page 1
Matt Stenson - Rush | TikTok
https://www.tiktok.com/music/Rush-7234548989814376449

♪ TikTok          Search 🔍                                              **Log in**   ⋮

🏠 **For You**                             **Rush**                    ↗   ⋯
👤 **Following**                              Matt Stenson
👥 **Friends**

♫

**No videos with this sound yet**

Looking for videos? Try browsing our trending creators, hashtags, and sounds.