NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Lauren M. Hausman (CA Bar No. 349514)
COPYCAT LEGAL PLLC
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

ATTORNEY(S) FOR: ELIZABETH WATERMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ELIZABETH WATERMAN

Plaintiff(s),

v.

TIKTOK INC.

Defendant(s)

CASE NUMBER:

2:24-cv-04802

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ELIZABETH WATERMAN or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Elizabeth Waterman | Plaintiff |
| TikTok Inc. | Defendant |

June 7, 2024                                  /s/ Lauren M. Hausman
Date                                          Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Elizabeth Waterman

CV-30 (05/13)                     **NOTICE OF INTERESTED PARTIES**