POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Copycat Legal<br>3111 North University Drive, Suite 301<br>Coral Springs, FL 33065<br>　TELEPHONE NO.: (877) 437-6228<br>　ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY |
|---|---|
| **CENTRAL DISTRICT OF CALIFORNIA**<br>　STREET ADDRESS: 255 E. Temple Street<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE: Los Angeles, 90012<br>　BRANCH NAME: Central District of California | |
| PLAINTIFF: Elizabeth Waterman<br>DEFENDANT: TikTok, Inc | CASE NUMBER:<br>2:24-CV-04802-AB (AJXR) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [ ] other (specify documents):

3. a. Party served *(specify name of party as shown on documents served)*:
      TikTok, Inc
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)
      Koy Saechao / Authorized Agent For Service

4. Address where the party was served:
   C/O Csc- Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Ste 150 N, Sacramento, CA 95833

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:06/14/2024 (2) at *(time)*:12:15 PM
   b. [ ] **by substituted service.** On *(date)*: ___ at *(time)*: ___ I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where copies were left (Code Civ. Proc., 415.20). I mailed the documents on *(date)*: ___ from *(city)*: ___ or [ ] a declaration of mailing is attached.
      (5) [ ] I attached a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF: Elizabeth Waterman | CASE NUMBER: |
|---|---|
| DEFENDANT: TikTok, Inc | 2:24-CV-04802-AB (AJXR) |

    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
        (1) on *(date):*     (2) from *(city):*
        (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., 415.30.)
        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., 415.40.)
    d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify):* TikTok, Inc
        under the following Code of Civil Procedure section:
        ☒ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
    a. Name: Alan Rossner
        Firm: Capital Process Service
    b. Address: 3104 O Street, #230, Sacramento, CA 95816
    c. Telephone number: (916) 247-7990
    d. **The fee for the service was:** $
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ a registered California process server:
            (i) ☒ owner  ☐ employee  ☐ independent contractor.
            (ii) Registration No.: 2024-028
            (iii) County: Sacramento

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 6/24/24

Alan Rossner
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶ *(signature)*      (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

Job Number CPJ-2024000997