1  DORSEY & WHITNEY LLP
   J. Michael Keyes (SBN 262281)
2    keyes.mike@dorsey.com
   Connor J. Hansen (*pro hac vice forthcoming*)
3    hansen.connor@dorsey.com
   Dylan J. Harlow (*pro hac vice forthcoming*)
4    harlow.dylan@dorsey.com
   701 Fifth Avenue, Suite 6100
5  Seattle, WA 98104
   Telephone: 206.903.8800
6  Facsimile: 206.903.8820

7  DORSEY & WHITNEY LLP
   Kent J. Schmidt (SBN 195969)
8    schmidt.kent@dorsey.com
   600 Anton Boulevard, Suite 200
9  Costa Mesa, CA 92626
   Telephone: 714.800.1400
10 Facsimile: 714.800.1499

11 *Attorneys for Defendant TikTok, Inc.*

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14

15 |                          | Case No. 2:24-CV-04802-AB-AJR
   ELIZABETH WATERMAN
16            *Plaintiff*,        **STIPULATION TO EXTEND TIME
                                  TO RESPOND TO INITIAL
17 v.                            COMPLAINT BY NOT MORE
                                 THAN 30 DAYS (L.R. 8-3)**
18 TIKTOK, INC.,
19            *Defendant*.       Complaint Served: June 14, 2024

20                              Current Response Date: July 5, 2024

21                              New Response Date: August 5, 2024

22        Plaintiff Elizabeth Waterman ("Plaintiff") and Defendant TikTok, Inc.
23 ("Defendant") stipulate and respectfully request that the Court extend the deadline
24 for Defendant to answer or otherwise respond to the Complaint by thirty days
25 pursuant to Local Rule 8-3.
26        WHEREAS, on June 7, 2024, Plaintiff filed a Complaint in this action against
27 Defendant (ECF No. 1);
28

                                  - 1 -

1    WHEREAS, according to the Proof of Service filed in this action (ECF No.
2    11), Plaintiff served Defendant on June 14, 2024, making Defendant's answer or
3    response to the Complaint due on July 5, 2024;

4    WHEREAS, Defendant recently engaged counsel for this action, who is
5    investigating the merits of this action and getting up to speed;

6    WHEREAS, Plaintiff and Defendant agree to a thirty (30) day extension of
7    time to Defendant's deadline to answer or respond to the Complaint pursuant to Local
8    Rule 8-3;

9    WHERAS, thirty (30) days from July 5, 2024 falls on August 4, 2024, a
10    Sunday, making Defendant's answer or response to the Complaint due on Monday
11    August 5, 2024;

12    WHEREAS, the parties have not previously requested an extension;

13    THEREFORE, Plaintiff and Defendant stipulate to a thirty (30) day extension
14    of time, making Defendant's answer or response to the Complaint due on August 5,
15    2024.

16    It is so stipulated.

17    ////
18    ////
19    ////
20    ////
21    ////
22    ////
23    ////
24    ////
25    ////
26    ////
27    ////
28    ////

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO INITIAL COMPLAINT    Case No. 2:24-CV-04802-AB-AJR

1  Dated:   July 2, 2024                     DORSEY & WHITNEY LLP

2

3                                            By:  */s/ J. Michael Keyes*
                                             J. Michael Keyes (SBN 262281)
4                                               *keyes.mike@dorsey.com*
                                             Connor J. Hansen (*pro hac vice*)
5                                               *hansen.connor@dorsey.com*
                                             Dylan J. Harlow (*pro hac vice*)
6                                               *harlow.dyaln@dorsey.com*
                                             Columbia Center
7                                            701 Fifth Avenue, Suite 6100
                                             Seattle, WA
8                                            Telephone:  206.903.8800
                                             Facsimile:   206.903.8820

9                                            DORSEY & WHITNEY LLP
                                             Kent J. Schmidt (SBN 195969)
10                                             *schmidt.kent@dorsey.com*
                                             600 Anton Boulevard, Suite 200
11                                           Costa Mesa, CA 92626
                                             Telephone:  714.800.1400
12                                           Facsimile:   714.800.1499

13                                           *Attorneys for Defendant TikTok, Inc.*

14

15  Dated:   July 2, 2024                    COPYCAT LEGAL PLLC

16

17                                           By:  */s/ Lauren M. Hausman*
                                             Lauren M. Hausman (SBN 349514)
18                                           113 N. San Vicente Blvd
                                             Suite 232
19                                           Beverly Hills, CA 90211
                                             (877) 437-6228
20                                           lauren@copycatlegal.com

                                             *Attorney for Plaintiff Elizabeth Waterman*
21

22

23  Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all
    signatories listed, and on whose behalf the filing is submitted, concur in the filing's
24  content and have authorized this filing.

25

26

27

28

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO INITIAL COMPLAINT                          Case No. 2:24-CV-04802-AB-AJR

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on July 2, 2024, a true and correct copy of the foregoing

3 was filed electronically using the Court's CM/ECF system, which shall send

4 notification of such filing to all counsel of record.  Any counsel of record who has

5 not consented to electronic service through the Court's CM/ECF system will be

6 served by electronic mail.

7

8                                  */s/ J. Michael Keyes*

9                                  J. Michael Keyes, SBN 262281

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO INITIAL COMPLAINT         Case No. 2:24-CV-04802-AB-AJR