DORSEY & WHITNEY LLP
Kent J. Schmidt (195969)
600 Anton Blvd., Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>                    Plaintiff(s),<br>v.<br><br>TIKTOK, INC.,<br><br>                    Defendant(s). | CASE NUMBER<br><br>2:24-CV-04802-AB-AJR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hansen, Connor J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

206-903-2407   206-903-8820
*Telephone Number*   *Fax Number*

hansen.connor@dorsey.com
*E-Mail Address*

of

Dorsey & Whitney, LLP
701 5th Ave., Suite 6100
Seattle, WA 98104

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant TikTok, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Schmidt, Kent J.
*Designee's Name (Last Name, First Name & Middle Initial)*

195969         714.800.1400      714.464.4507
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

schmidt.kent@dorsey.com
*E-Mail Address*

of

DORSEY & WHITNEY LLP
600 Anton Blvd., Suite 200
Costa Mesa, CA 92626

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**