1   DORSEY & WHITNEY LLP
    J. Michael Keyes (SBN 262281)
2     keyes.mike@dorsey.com
    Connor J. Hansen (*pro hac vice*)
3     hansen.connor@dorsey.com
    Dylan J. Harlow (*pro hac vice*)
4     harlow.dylan@dorsey.com
    701 Fifth Avenue, Suite 6100
5   Seattle, WA 98104
    Telephone: 206.903.8800
6   Facsimile:  206.903.8820

7   DORSEY & WHITNEY LLP
    Kent J. Schmidt (SBN 195969)
8     schmidt.kent@dorsey.com
    600 Anton Boulevard, Suite 200
9   Costa Mesa, CA 92626
    Telephone:  714.800.1400
10  Facsimile:   714.800.1499

11  *Attorneys for Defendant TikTok, Inc.*

12

**UNITED STATES DISTRICT COURT**

13

**CENTRAL DISTRICT OF CALIFORNIA**

14

15   ELIZABETH WATERMAN

16          *Plaintiff,*

17   v.

18   TIKTOK, INC.,

19          *Defendant.*

20

Case No. 2:24-CV-04802-AB-AJR

**DEFENDANT TIKTOK, INC.'S NOTICE OF RELATED CASE**

**[L.R. 83-1.3]**

21

22          Pursuant to Local Rule 83-1.3, Defendant TikTok, Inc. ("TikTok") hereby

23   provides notice of the following case in the Central District of California that is

24   related to the present case: *Case No. 2:24-CV-04837-FLA-MAR Michael Grecco*

25   *Productions, Inc. v. TikTok Inc.*

26          Local Rule 83-1.3.1 provides as follows:

27

28

- 1 -

NOTICE OF RELATED CASE                                    Case No. 2:24-CV-04802-AB-AJR

1
2

> It shall be the responsibility of the parties to promptly file
> a Notice of Related Cases whenever two or more civil
> cases filed in this District:

3
4

> (a) arise from the same or a closely related transaction,
>     happening, or event;
> (b) call for determination of the same or substantially
>     related or similar questions of law and fact; or
> (c) for other reasons would entail substantial duplication
>     of labor if heard by different judges.

5
6
7       L.R. 83-1.3.1; *Karapetyan v. Allstate Northbrook Indem. Co.*, No. 2:24-cv-

8  01019-JLS-AJR, 2024 U.S. Dist. LEXIS 79775, at \*1-2 (C.D. Cal. May 1, 2024).

9  "Local Rule 83-1.3.1 is intended to prevent the substantial duplication of labor by

10 multiple judges." *O'Donnell v. Ford Motor Co.*, No. CV 20-1095-JFW(PVCx), 2021

11 U.S. Dist. LEXIS 91795, at \*3 (C.D. Cal. May 12, 2021).  It is not up for the parties

12 to decide if cases are "related."  *Id*.  Instead, if there is a reasonable possibility that

13 one or more of the elements of L.R. 83-1 is satisfied, the parties shall file a notice so

14 that the Court can then make the decision.  *See id*.

15      Here, although the same counsel for both Plaintiffs apparently does not believe

16 these cases are related, *see* Dkt. 2, TikTok's counsel believes the Court could

17 reasonably conclude otherwise for multiple reasons.  Both cases involve the same

18 single defendant, TikTok, represented by Dorsey & Whitney LLP.  Both Plaintiffs

19 are represented by the same counsel, Lauren M. Hausman of Copycat Legal PLLC.

20 Additionally, the respective Plaintiffs, Michael Grecco and Elizabeth Waterman, are

21 husband and wife. *See* Shana NYS Dambrot, *MEET PHOTOGRAPHER*

22 *ELIZABETH WATERMAN*, LA Weekly (July 23, 2024),

23 https://www.laweekly.com/meet-photographer-elizabeth-waterman/.

24      In terms of the substance of the two cases, there are substantially similar

25 questions of law presented in both.  The two cases have identical causes of action for

26 alleged copyright infringement. The Plaintiffs in both cases accuse TikTok of

27 copyright infringement by way of hosting user generated content that allegedly

28 includes copyrighted works of the respective Plaintiffs.  Further, both Plaintiffs claim

-2-

NOTICE OF RELATED CASE                                    Case No. 2:24-CV-04802-AB-AJR

to have sent Digital Millennium Copyright Act takedown notices to TikTok. Discovery topics, particularly those related to alleged copyright infringement and DMCA takedown notices, will be duplicative across the actions. Finally, it is anticipated that the affirmative defense of "fair use" pursuant to 17 U.S.C. § 106 will figure prominently in both cases as identical types of infringement claims are present.

Thus, because the Court could reasonably conclude the cases are related, TikTok respectfully submits this notice as required under L.R. 83-1.3.1.

Dated:    July 23, 2024            DORSEY & WHITNEY LLP


By: */s/ J. Michael Keyes*
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Connor J. Hansen (*pro hac vice*)
  *hansen.connor@dorsey.com*
Dylan J. Harlow (*pro hac vice*)
  *harlow.dyaln@dorsey.com*
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone:  206.903.8800
Facsimile:   206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Defendant TikTok, Inc.*

NOTICE OF RELATED CASE                              Case No. 2:24-CV-04802-AB-AJR

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on July 23, 2024, a true and correct copy of the foregoing

3    was filed electronically using the Court's CM/ECF system, which shall send

4    notification of such filing to all counsel of record.

5

6                                                        /s/ J. Michael Keyes
                                                         J. Michael Keyes, SBN 262281
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASE                                    Case No. 2:24-CV-04802-AB-AJR