1  DORSEY & WHITNEY LLP
   J. Michael Keyes (SBN 262281)
2    *keyes.mike@dorsey.com*
   Connor J. Hansen (*pro hac vice*)
3    *hansen.connor@dorsey.com*
   Dylan J. Harlow (*pro hac vice*)
4    *harlow.dylan@dorsey.com*
   701 Fifth Avenue, Suite 6100
5  Seattle, WA 98104
   Telephone: 206.903.8800
6  Facsimile: 206.903.8820

7  DORSEY & WHITNEY LLP
   Kent J. Schmidt (SBN 195969)
8    *schmidt.kent@dorsey.com*
   600 Anton Boulevard, Suite 200
9  Costa Mesa, CA 92626
   Telephone: 714.800.1400
10 Facsimile: 714.800.1499

11 *Attorneys for Defendant TikTok, Inc.*

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14

15 ELIZABETH WATERMAN,                    Case No. 2:24-CV-04802-AB-AJR

16            *Plaintiff,*                **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

17 v.

18 TIKTOK, INC.,                          Complaint Served: June 14, 2024

19            *Defendant.*                Current Response Date: July 5, 2024

20                                        New Response Date: August 5, 2024

21      Plaintiff Elizabeth Waterman ("Plaintiff") and Defendant TikTok, Inc.

22 ("Defendant") stipulate and respectfully request that the Court extend the deadline

23 for Defendant to answer or otherwise respond to the Complaint by (14) days pursuant

24 to Local Rule 8-3.

25      WHEREAS, on June 7, 2024, Plaintiff filed a Complaint in this action against

26 Defendant (ECF No. 1);

27

28
                                        - 1 -
   STIPULATION TO EXTEND DEADLINE
   TO RESPOND TO INITIAL COMPLAINT          Case No. 2:24-CV-04802-AB-AJR

WHEREAS, according to the Proof of Service filed in this action (ECF No. 11), Plaintiff served Defendant on June 14, 2024, making Defendant's answer or response to the Complaint due on July 5, 2024;

WHEREAS, the parties previously agreed to extend the deadline for Defendant to respond to the Complaint from July 5, 2024 to August 5, 2024 (ECF No. 14);

WHEREAS, the parties held a meet and confer pursuant to Local Rule 7-3 to discuss issues underlying Defendant's motion to dismiss and have exchanged information relating to those issues;

WHEREAS, having additional time to engage in further discussions will be beneficial to the potential for resolving or narrowing issues in Defendants motion to dismiss and/or to allow Plaintiff time to amend its Complaint to address those issues;

WHEREAS, Plaintiff and Defendant agree to a fourteen (14) day extension of time to Defendant's deadline to answer or respond to the Complaint;

THEREFORE, Plaintiff and Defendant stipulate to a fourteen (14) day extension of time, making Defendant's answer or response to the Complaint due on August 19, 2024.

It is so stipulated.

////

////

////

////

////

////

////

////

////

////

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO INITIAL COMPLAINT                    Case No. 2:24-CV-04802-AB-AJR

1    Dated:    August 1, 2024                    DORSEY & WHITNEY LLP

2

3                                                By: */s/ J. Michael Keyes*
                                                 J. Michael Keyes (SBN 262281)
4                                                  *keyes.mike@dorsey.com*
                                                 Connor J. Hansen (*pro hac vice*)
5                                                  *hansen.connor@dorsey.com*
                                                 Dylan J. Harlow (*pro hac vice*)
6                                                  *harlow.dyaln@dorsey.com*
                                                 Columbia Center
7                                                701 Fifth Avenue, Suite 6100
                                                 Seattle, WA
8                                                Telephone:  206.903.8800
                                                 Facsimile:   206.903.8820
9
                                                 DORSEY & WHITNEY LLP
10                                               Kent J. Schmidt (SBN 195969)
                                                   *schmidt.kent@dorsey.com*
11                                               600 Anton Boulevard, Suite 200
                                                 Costa Mesa, CA 92626
12                                               Telephone:  714.800.1400
                                                 Facsimile:   714.800.1499
13
                                                 *Attorneys for Defendant TikTok, Inc.*
14

15   Dated:    August 1, 2024                    COPYCAT LEGAL PLLC

16

17                                               By: */s/ Lauren M. Hausman*
                                                 Lauren M. Hausman (SBN 349514)
18                                               113 N. San Vicente Blvd
                                                 Suite 232
19                                               Beverly Hills, CA 90211
                                                 (877) 437-6228
20                                               lauren@copycatlegal.com

21                                               *Attorney for Plaintiff Elizabeth Waterman*

22

23   Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all
     signatories listed, and on whose behalf the filing is submitted, concur in the filing's
24   content and have authorized this filing.

25

26

27

28
                                                 -3-

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on August 1, 2024, a true and correct copy of the foregoing

3

was filed electronically using the Court's CM/ECF system, which shall send

4

notification of such filing to all counsel of record. Any counsel of record who has

5

not consented to electronic service through the Court's CM/ECF system will be

6

served by electronic mail.

7

8

                    */s/ J. Michael Keyes*

9

                    J. Michael Keyes, SBN 262281

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE
TO RESPOND TO INITIAL COMPLAINT

Case No. 2:24-CV-04802-AB-AJR