UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TIKTOK, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:24-CV-04802-AB-AJR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

　　　On July 31, 2024, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint.

　　　The court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　　The deadline for Defendant to answer or otherwise respond to the initial Complaint in this matter is extended from August 5, 2024 to August 19, 2024.

　　　**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE