UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>TIKTOK, INC.,<br><br>  Defendant. | Case No. 2:24-cv-04802-AB-AJR<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT |

On July 31, 2024, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

The deadline for Defendant to answer or otherwise respond to the initial Complaint in this matter is extended from August 5, 2024 to August 19, 2024.

**IT IS SO ORDERED.**

Dated: August 2, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1