DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dylan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant TikTok, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>TIKTOK, INC.,<br><br>*Defendant*. | Case No. 2:24-CV-04802-AB-AJR<br><br>**DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Hon. André Birotte Jr.<br>Date: October 4, 2024<br>Time: 10:00 a.m.<br>Courtroom: 7B<br><br>Complaint filed: June 7, 2024 |

I, J. Michael Keyes, hereby declares as follows:

1. I am a partner with the law firm of Dorsey & Whitney LLP. I am over the age of 18 and am counsel of record for Defendant TikTok, Inc. ("Defendant" or "TTI") in the above-referenced action.

2. I make and submit this declaration in connection with Defendant's Motion to Dismiss the Complaint filed by Plaintiff Elizabeth Waterman ("Plaintiff").

3. On July 29, 2024, I participated in a meet and confer with Plaintiff's counsel to discuss Defendant's Motion to Dismiss. The meet and confer was conducted via Zoom.

4. At the meet and confer, we discussed issues relating to Plaintiff's ownership of the copyright registrations, her direct copyright infringement claim, her vicarious copyright infringement claim, and her contributory infringement claim.

5. Following the meet and confer, the parties agreed to a fourteen (14) day extension of time for Defendant to respond to the Complaint. Dkt. 22.

6. The parties were unable to resolve the issues addressed in Defendant's Motion to Dismiss.

I certify under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 19th day of August, 2024 in Spokane, Washington.

                                                    /s/ J. Michael Keyes
                                                  J. Michael Keyes

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

<u>/s/ J. Michael Keyes</u><br>
J. Michael Keyes, SBN 262281