UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>                Plaintiffs,<br><br>  v.<br><br>TIKTOK, INC.,<br><br>                Defendant. | Case No. 2:24-CV-04802-AB-AJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISIMSS COMPLAINT** |

    On August 19, 2024, Defendant filed a Motion to Dismiss Complaint.

    The court, having considered the party's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

    Plaintiff's Complaint in this matter is dismissed.

    **IT IS SO ORDERED.**

Dated: _____

                                            HONORABLE ANDRÉ BIROTTE JR.
                                            UNITED STATES DISTRICT COURT JUDGE