Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
Elizabeth Waterman

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK, INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-04802-AB-AJR<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS [DKT 24]**<br><br>Current Hearing Date: October 4, 2024<br>New Hearing Date: October 18, 2024 |

Plaintiff Elizabeth Waterman ("Plaintiff") and Defendant TikTok Inc. ("Defendant") stipulate and respectfully request that the Court extend the time for Plaintiff to file a Response to Defendant's Motion to Dismiss by seven (7) days, Defendant's Reply to Plaintiff's Response by seven (7) days, and continue the hearing on Defendant's Motion to Dismiss by fourteen (14) days, and state as follows:

1. On June 7, 2024, Plaintiff filed its Complaint in this action. <u>See</u> D.E. 1.

2. On August 19, 2024, Defendant filed its Motion to Dismiss, setting a motion hearing for October 4, 2024, at 10:00 am. Making Plaintiff's Response to the Motion to Dismiss due September 13, 2024 and Defendant's Reply in Support of the Motion to Dismiss due September 20, 2024. <u>See</u> D.E. 24.

3. On September 12, 2024, Plaintiff requested that Defendant stipulate to a seven (7) day extension of time for Plaintiff to respond to the Motion to Dismiss and Defendant agreed if Plaintiff grant it an additional seven (7) days for its Reply brief.

4. Whereas, Plaintiff and Defendant stipulate to a seven (7) day extension of time for Plaintiff to respond and a seven (7) day extension of time to the period for Defendant to file its Reply, making Plaintiff's Response to the Motion to Dismiss due on September 20, 2024 and Defendant's Reply due on October 4, 2024.

5. Additionally, to accommodate the stipulated briefing schedule, Plaintiff and Defendant stipulate and request that the Court continue the hearing date for Defendant's Motion to Dismiss to October 18, 2024 (or as soon thereafter as the Court's schedule allows).

6. This stipulation and requested extension of time is being made in good faith.

**WHEREFORE**, Plaintiff and Defendant agree to, and respectfully requests that the Court grant this stipulation and continue the hearing on Defendant's Motion to Dismiss.

## **LOCAL RULE 7.3 CERTIFICATE**

Before filing this Request, undersigned counsel conferred with counsel for Defendant (Connor J. Hansen, Esq.) who indicated that he agrees to the requested relief, therefore, Defendant does not oppose this request.

COPYCAT LEGAL PLLC
113 North San Vicente Boulevard
Suite 232
Beverly Hills, CA 90211
Telephone: (877) 437-6228
lauren@copycatlegal.com

*Attorney for Plaintiff*

By: /s/ Lauren M. Hausman_____
     Lauren M. Hausman, Esq.




DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
harlow.dyaln@dorsey.com
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626

Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant*

By: /s/ *Connor J. Hansen*

Connor J. Hansen (*pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.