UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TIKTOK, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:24-CV-04802-AB-AJR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS [DKT. #]** |

THIS CAUSE came before the Court upon the Stipulation of the Parties to Extend Briefing Schedule and Continue Hearing Date for Defendant's Motion to Dismiss. Being fully advised and finding good cause therefor, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation is **GRANTED**.
2. The deadline for Plaintiff to file a Response to Defendant's Motion to Dismiss is hereby extended to September 20, 2024.
3. The deadline for Defendant to file a Reply is hereby extended to October 4, 2024.
4. The hearing on the Motion to Dismiss is rescheduled for October 18, 2024 at 10:00 am in Courtroom 7B.

1

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE