IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>TIKTOK, INC.,<br><br>  Defendant. | Civil Action No. 2:24-cv-04802-AB-AJR<br><br>**[PROPOSED] ORDER DENYING MOTION DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

Before the Court is Defendant TikTok, Inc.'s Motion to Dismiss the Complaint filed by Plaintiff Elizabeth Waterman. After considering the moving, opposing, and reply papers, and any oral argument at the hearing on the Motion, and for good cause appearing, the Court orders as follows:

1. Defendant's Motion to Dismiss is **DENIED**.

2. Defendant shall file its Answer to the Complaint within fourteen (14) days of this Order.

**SO ORDERED.**

Dated: _____.          _____
                                                                  HONORABLE ANDRÉ BIROTTE JR.
                                                                  UNITED STATES DISTRICT JUDGE