Jonathan Alejandrino
COPYCAT LEGAL PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ELIZABETH WATERMAN,

Plaintiff(s)

v.

TIKTOK, INC.,

Defendant(s).

**CASE NUMBER**

2:24-cv-04802-AB-AJR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Alejandrino, Jonathan
*Applicant's Name (Last Name, First Name & Middle Initial)*

(877) 437-6228
*Telephone Number*    *Fax Number*

jonathan@copycatlegal.com
*E-Mail Address*

of

COPYCAT LEGAL PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiff Elizabeth Waterman

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Hausman, Lauren M.
*Designee's Name (Last Name, First Name & Middle Initial)*

349514
*Designee's Cal. Bar No.*

(877) 437-6228
*Telephone Number*    *Fax Number*

lauren@copycatlegal.com
*E-Mail Address*

of

COPYCAT LEGAL PLLC
113 N. San Vincente Blvd, Suite 323
Beverly Hills, CA 90211

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1