**Exhibit "A"**



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Teigler*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-348-543**

**Effective Date of Registration:**
February 25, 2019

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

**Title** _____

        **Title of Group:** Waterman 2018 Q3 132-150
**Number of Photographs in Group:** 717

- **Individual Photographs:** 132_ShowPalace_April2018_17, 132_ShowPalace_April2018_46, 132_ShowPalace_April2018_58, 132_ShowPalace_April2018_101, 132_ShowPalace_April2018_122, 132_ShowPalace_April2018_123, 132_ShowPalace_April2018_128, 132_ShowPalace_April2018_131, 132_ShowPalace_April2018_146, 132_ShowPalace_April2018_191, 132_ShowPalace_April2018_197, 132_ShowPalace_April2018_204, 132_ShowPalace_April2018_206, 132_ShowPalace_April2018_212, 132_ShowPalace_April2018_215, 132_ShowPalace_April2018_220, 132_ShowPalace_April2018_230, 132_ShowPalace_April2018_233, 132_ShowPalace_April2018_237, 132_ShowPalace_April2018_238, 132_ShowPalace_April2018_239, 132_ShowPalace_April2018_242, 132_ShowPalace_April2018_245, 132_ShowPalace_April2018_252, 132_ShowPalace_April2018_253, 132_ShowPalace_April2018_255, 132_ShowPalace_April2018_257, 132_ShowPalace_April2018_261, 132_ShowPalace_April2018_268, 132_ShowPalace_April2018_273, 132_ShowPalace_April2018_283, 132_ShowPalace_April2018_287, 132_ShowPalace_April2018_304, 132_ShowPalace_April2018_352, 132_ShowPalace_April2018_353, 132_ShowPalace_April2018_355, 132_ShowPalace_April2018_390, 132_ShowPalace_April2018_392, 132_ShowPalace_April2018_404, 132_Violet_Luxx_Portraits_04_21_2018_226, 132_Violet_Luxx_Portraits_04_21_2018_248, 132_Violet_Luxx_Portraits_04_21_2018_265, 132_Violet_Luxx_Portraits_04_21_2018_363, 132_Violet_Luxx_Portraits_04_21_2018_371, 132_Violet_Luxx_Portraits_04_21_2018_408, 132_Violet_Luxx_Portraits_04_21_2018_440, 132_Violet_Luxx_Portraits_04_21_2018_444, 132_Violet_Luxx_Portraits_04_21_2018_447, 132_Violet_Luxx_Portraits_04_21_2018_457, 132_Violet_Luxx_Portraits_04_21_2018_532, 132_Violet_Luxx_Portraits_04_21_2018_542, 132_Violet_Luxx_Portraits_04_21_2018_560, 132_Violet_Luxx_Portraits_04_21_2018_564, 132_Violet_Luxx_Portraits_04_21_2018_584, 132_Violet_Luxx_Portraits_04_21_2018_603,

- **Individual Photographs:**

132_Violet_Luxx_Portraits_04_21_2018_641,
132_Violet_Luxx_Portraits_04_21_2018_705,
132_Violet_Luxx_Portraits_04_21_2018_715,
132_Violet_Luxx_Portraits_04_21_2018_782,
132_Violet_Luxx_Portraits_04_21_2018_786,
132_Violet_Luxx_Portraits_04_21_2018_839,
132_Violet_Luxx_Portraits_04_21_2018_902,
132_Violet_Luxx_Portraits_04_21_2018_939,
132_Violet_Luxx_Portraits_04_21_2018_997,
132_Violet_Luxx_Portraits_04_21_2018_1019,
132_Violet_Luxx_Portraits_04_21_2018_1030, 133_Club_W_April2018_1,
133_Club_W_April2018_6, 133_Club_W_April2018_8,
133_Club_W_April2018_12, 133_Club_W_April2018_13,
133_Club_W_April2018_59, 133_Club_W_April2018_64,
133_Club_W_April2018_103, 133_Club_W_April2018_115,
133_Club_W_April2018_117, 133_Club_W_April2018_174,
133_Club_W_April2018_176, 133_Club_W_April2018_187,
133_Club_W_April2018_190, 133_Club_W_April2018_191,
133_Club_W_April2018_192, 133_Club_W_April2018_194,
133_Club_W_April2018_196, 133_Club_W_April2018_198,
133_Club_W_April2018_202, 133_Club_W_April2018_204,
133_Club_W_April2018_206, 133_Club_W_April2018_213,
133_Club_W_April2018_230, 133_Club_W_April2018_242,
133_Club_W_April2018_255, 133_Club_W_April2018_258,
133_Club_W_April2018_278, 133_Club_W_April2018_284,
133_Club_W_April2018_286, 133_Club_W_April2018_294,
133_Club_W_April2018_305, 133_Club_W_April2018_338,
133_Club_W_April2018_349, 133_Club_W_April2018_350,
133_Club_W_April2018_351, 133_Club_W_April2018_355,
133_Club_W_April2018_358, 133_Club_W_April2018_360,
133_Club_W_April2018_366, 133_Club_W_April2018_369,
133_Club_W_April2018_395, 133_Club_W_April2018_404,
133_Club_W_April2018_423, 133_Club_W_April2018_432,
133_Club_W_April2018_434, 133_Club_W_April2018_447,
133_Club_W_April2018_451, 133_Club_W_April2018_452,
133_Club_W_April2018_456, 133_Club_W_April2018_461,
133_Club_W_April2018_462, 133_Club_W_April2018_464,
133_Club_W_April2018_472, 137_AnneMarie_GiselleMarie_6_2_2018_49,
137_AnneMarie_GiselleMarie_6_2_2018_54,
137_AnneMarie_GiselleMarie_6_2_2018_128,
137_AnneMarie_GiselleMarie_6_2_2018_201,
137_AnneMarie_GiselleMarie_6_2_2018_312,
137_AnneMarie_GiselleMarie_6_2_2018_327,

- **Individual Photographs:**

137_AnneMarie_GiselleMarie_6_2_2018_330,
137_AnneMarie_GiselleMarie_6_2_2018_383,
137_AnneMarie_GiselleMarie_6_2_2018_384,
137_AnneMarie_GiselleMarie_6_2_2018_399,
137_AnneMarie_GiselleMarie_6_2_2018_440,
137_AnneMarie_GiselleMarie_6_2_2018_442,
137_AnneMarie_GiselleMarie_6_2_2018_527,
137_AnneMarie_GiselleMarie_6_2_2018_528,
137_AnneMarie_GiselleMarie_6_2_2018_555,
137_AnneMarie_GiselleMarie_6_2_2018_559,
137_AnneMarie_GiselleMarie_6_2_2018_560,
137_AnneMarie_GiselleMarie_6_2_2018_572,
137_AnneMarie_GiselleMarie_6_2_2018_576,

137_AnneMarie_GiselleMarie_6_2_2018_646,
137_AnneMarie_GiselleMarie_6_2_2018_659,
137_AnneMarie_GiselleMarie_6_2_2018_676,
137_AnneMarie_GiselleMarie_6_2_2018_709,
137_AnneMarie_GiselleMarie_6_2_2018_733,
137_AnneMarie_GiselleMarie_6_2_2018_747,
137_AnneMarie_GiselleMarie_6_2_2018_749,
137_AnneMarie_GiselleMarie_6_2_2018_755,
137_AnneMarie_GiselleMarie_6_2_2018_756,
138_Violet_Eliot_6_5_2018_4, 138_Violet_Eliot_6_5_2018_19,
138_Violet_Eliot_6_5_2018_40, 138_Violet_Eliot_6_5_2018_41,
138_Violet_Eliot_6_5_2018_51, 138_Violet_Eliot_6_5_2018_66,
138_Violet_Eliot_6_5_2018_67, 138_Violet_Eliot_6_5_2018_72,
138_Violet_Eliot_6_5_2018_79, 138_Violet_Eliot_6_5_2018_93,
138_Violet_Eliot_6_5_2018_94, 138_Violet_Eliot_6_5_2018_95,
138_Violet_Eliot_6_5_2018_103, 138_Violet_Eliot_6_5_2018_104,
138_Violet_Eliot_6_5_2018_106, 138_Violet_Eliot_6_5_2018_109,
138_Violet_Eliot_6_5_2018_113, 138_Violet_Eliot_6_5_2018_114,
138_Violet_Eliot_6_5_2018_120, 138_Violet_Eliot_6_5_2018_138,
138_Violet_Eliot_6_5_2018_140, 138_Violet_Eliot_6_5_2018_153,
138_Violet_Eliot_6_5_2018_155, 138_Violet_Eliot_6_5_2018_184,
138_Violet_Eliot_6_5_2018_185, 138_Violet_Eliot_6_5_2018_198,
138_Violet_Eliot_6_5_2018_204, 138_Violet_Eliot_6_5_2018_208,
138_Violet_Eliot_6_5_2018_210, 138_Violet_Eliot_6_5_2018_223,
138_Violet_Eliot_6_5_2018_224, 138_Violet_Eliot_6_5_2018_225,
138_Violet_Eliot_6_5_2018_252, 138_Violet_Eliot_6_5_2018_316,
138_Violet_Eliot_6_5_2018_322-2,

- **Individual Photographs:** 138_Violet_Eliot_6_5_2018_325-2, 138_Violet_Eliot_6_5_2018_336-2,
138_Violet_Eliot_6_5_2018_343, 138_Violet_Eliot_6_5_2018_349,
138_Violet_Eliot_6_5_2018_351, 138_Violet_Eliot_6_5_2018_355,
138_Violet_Eliot_6_5_2018_356, 138_Violet_Eliot_6_5_2018_359,
138_Violet_Eliot_6_5_2018_367, 138_Violet_Eliot_6_5_2018_376,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_1,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_10,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_13,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_21,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_24,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_29,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_30,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_31,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_33,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_35,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_36,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_37,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_39,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_40,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_42,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_44,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_45,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_46,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_48,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_49,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_52,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_55,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_56,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_57,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_58,

- **Individual Photographs:** 139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_59,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_64,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_68,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_69,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_70,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_73,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_74,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_77,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_78,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_81,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_82,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_85,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_86,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_88,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_90,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_91,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_93,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_95,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_96,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_97,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_98,
139_CrazyGirls_Violet_Fetish_Beltane_Negs_April_May_2018_100,
140_Stripper_FF2018_Film_MayJune2018_001,
140_Stripper_FF2018_Film_MayJune2018_002,
140_Stripper_FF2018_Film_MayJune2018_003,
140_Stripper_FF2018_Film_MayJune2018_004,
140_Stripper_FF2018_Film_MayJune2018_005,
140_Stripper_FF2018_Film_MayJune2018_008,
140_Stripper_FF2018_Film_MayJune2018_009,
140_Stripper_FF2018_Film_MayJune2018_010,
140_Stripper_FF2018_Film_MayJune2018_011,
140_Stripper_FF2018_Film_MayJune2018_012,
140_Stripper_FF2018_Film_MayJune2018_014,
140_Stripper_FF2018_Film_MayJune2018_016,
140_Stripper_FF2018_Film_MayJune2018_017,
140_Stripper_FF2018_Film_MayJune2018_018,
140_Stripper_FF2018_Film_MayJune2018_019,
140_Stripper_FF2018_Film_MayJune2018_021,
140_Stripper_FF2018_Film_MayJune2018_023,
140_Stripper_FF2018_Film_MayJune2018_024,

- **Individual Photographs:** 140_Stripper_FF2018_Film_MayJune2018_025,
140_Stripper_FF2018_Film_MayJune2018_026,
140_Stripper_FF2018_Film_MayJune2018_027,
140_Stripper_FF2018_Film_MayJune2018_028,
140_Stripper_FF2018_Film_MayJune2018_030,
140_Stripper_FF2018_Film_MayJune2018_031,
140_Stripper_FF2018_Film_MayJune2018_032,
140_Stripper_FF2018_Film_MayJune2018_033,
140_Stripper_FF2018_Film_MayJune2018_034,
140_Stripper_FF2018_Film_MayJune2018_035,
140_Stripper_FF2018_Film_MayJune2018_036,
140_Stripper_FF2018_Film_MayJune2018_040,
140_Stripper_FF2018_Film_MayJune2018_042,
140_Stripper_FF2018_Film_MayJune2018_045,
140_Stripper_FF2018_Film_MayJune2018_047,
140_Stripper_FF2018_Film_MayJune2018_048,



140_Stripper_FF2018_Film_MayJune2018_053,
140_Stripper_FF2018_Film_MayJune2018_054,
140_Stripper_FF2018_Film_MayJune2018_059,
140_Stripper_FF2018_Film_MayJune2018_060,
140_Stripper_FF2018_Film_MayJune2018_061,
140_Stripper_FF2018_Film_MayJune2018_062,
140_Stripper_FF2018_Film_MayJune2018_066,
140_Stripper_FF2018_Film_MayJune2018_067,
141_ShowPalace_June2018_11, 141_ShowPalace_June2018_18,
141_ShowPalace_June2018_22, 141_ShowPalace_June2018_30,
141_ShowPalace_June2018_50, 141_ShowPalace_June2018_54,
141_ShowPalace_June2018_66, 141_ShowPalace_June2018_71,
141_ShowPalace_June2018_73, 141_ShowPalace_June2018_74,
141_ShowPalace_June2018_75, 141_ShowPalace_June2018_77,
141_ShowPalace_June2018_85, 141_ShowPalace_June2018_87,
141_ShowPalace_June2018_107, 141_ShowPalace_June2018_110,
141_ShowPalace_June2018_111, 141_ShowPalace_June2018_113,
141_ShowPalace_June2018_114, 141_ShowPalace_June2018_121,
141_ShowPalace_June2018_122, 141_ShowPalace_June2018_124,
141_ShowPalace_June2018_125, 141_ShowPalace_June2018_127,
141_ShowPalace_June2018_128, 141_ShowPalace_June2018_129,
141_ShowPalace_June2018_130, 141_ShowPalace_June2018_133,
141_ShowPalace_June2018_138, 142_AnneMarie_SP_2018_June_3,
142_AnneMarie_SP_2018_June_9, 142_AnneMarie_SP_2018_June_17,
142_AnneMarie_SP_2018_June_18, 142_AnneMarie_SP_2018_June_19,

- **Individual Photographs:**  142_AnneMarie_SP_2018_June_22, 142_AnneMarie_SP_2018_June_24,
142_AnneMarie_SP_2018_June_29, 142_AnneMarie_SP_2018_June_32,
142_AnneMarie_SP_2018_June_34, 142_AnneMarie_SP_2018_June_35,
142_AnneMarie_SP_2018_June_36, 142_AnneMarie_SP_2018_June_37,
143_ClubW_Canon_July2018_52, 143_ClubW_Canon_July2018_73,
143_ClubW_Canon_July2018_82, 143_ClubW_Canon_July2018_83,
143_ClubW_Canon_July2018_85, 143_ClubW_Canon_July2018_86,
143_ClubW_Canon_July2018_114, 143_ClubW_Canon_July2018_128,
143_ClubW_Canon_July2018_130, 143_ClubW_Canon_July2018_132,
143_ClubW_Canon_July2018_138, 143_ClubW_Canon_July2018_157,
143_ClubW_Canon_July2018_168, 143_ClubW_Canon_July2018_172,
143_ClubW_Canon_July2018_192, 143_ClubW_Canon_July2018_194,
143_ClubW_Canon_July2018_195, 143_ClubW_Canon_July2018_196,
143_ClubW_Canon_July2018_197, 143_ClubW_Canon_July2018_203,
143_ClubW_Canon_July2018_209, 143_ClubW_Canon_July2018_210,
143_ClubW_Canon_July2018_212, 143_ClubW_Canon_July2018_238,
143_ClubW_Canon_July2018_239, 143_ClubW_Canon_July2018_244,
143_ClubW_Canon_July2018_246, 143_ClubW_Canon_July2018_254,
143_ClubW_Canon_July2018_257, 143_ClubW_Canon_July2018_258,
143_ClubW_Canon_July2018_261, 143_ClubW_Canon_July2018_267,
143_ClubW_Canon_July2018_268, 143_ClubW_Canon_July2018_275,
143_ClubW_Canon_July2018_276, 143_ClubW_Canon_July2018_277,
143_ClubW_Canon_July2018_278, 143_ClubW_Canon_July2018_279,
143_ClubW_Canon_July2018_285, 143_ClubW_Canon_July2018_286,
143_ClubW_Canon_July2018_287, 143_ClubW_Canon_July2018_289,
143_ClubW_Canon_July2018_295, 143_ClubW_Canon_July2018_296,
143_ClubW_Canon_July2018_299, 143_ClubW_Canon_July2018_300,
143_ClubW_Canon_July2018_304, 143_ClubW_Canon_July2018_324,
143_ClubW_Canon_July2018_325, 143_ClubW_Canon_July2018_326,
143_ClubW_Canon_July2018_327, 143_ClubW_Canon_July2018_330,
143_ClubW_Canon_July2018_331, 143_ClubW_Canon_July2018_335,
143_ClubW_Canon_July2018_339, 143_ClubW_Canon_July2018_340,

- **Individual Photographs:**  143_ClubW_Canon_July2018_346, 143_ClubW_Canon_July2018_348, 143_ClubW_Canon_July2018_354, 143_ClubW_Canon_July2018_355, 143_ClubW_Canon_July2018_356, 143_ClubW_Canon_July2018_360, 143_ClubW_Canon_July2018_362, 143_ClubW_Canon_July2018_363, 143_ClubW_Canon_July2018_364, 143_ClubW_Canon_July2018_368, 143_ClubW_Canon_July2018_369, 143_ClubW_Canon_July2018_370, 143_ClubW_Canon_July2018_371, 143_ClubW_Canon_July2018_372, 143_ClubW_Canon_July2018_376, 143_ClubW_Canon_July2018_377, 143_ClubW_Canon_July2018_379, 143_ClubW_Canon_July2018_387, 143_ClubW_Canon_July2018_388, 143_ClubW_Canon_July2018_396, 143_ClubW_Huawei_July2018_4, 143_ClubW_Huawei_July2018_7, 143_ClubW_Huawei_July2018_9, 143_ClubW_Huawei_July2018_10, 143_ClubW_Huawei_July2018_15, 143_ClubW_Huawei_July2018_17, 143_ClubW_Huawei_July2018_25, 143_ClubW_Huawei_July2018_28, 143_ClubW_Huawei_July2018_29, 143_ClubW_Huawei_July2018_33, 143_ClubW_Huawei_July2018_34, 143_ClubW_Huawei_July2018_37, 143_ClubW_Huawei_July2018_38, 143_ClubW_Huawei_July2018_40, 143_ClubW_Huawei_July2018_44, 143_ClubW_Huawei_July2018_46, 143_ClubW_Huawei_July2018_47, 143_ClubW_Huawei_July2018_48, 143_ClubW_Huawei_July2018_49, 143_ClubW_Huawei_July2018_50, 143_ClubW_Huawei_July2018_51, 143_ClubW_Huawei_July2018_52, 143_ClubW_Huawei_July2018_53, 143_ClubW_Huawei_July2018_59, 143_ClubW_Huawei_July2018_60, 143_ClubW_Huawei_July2018_61, 143_ClubW_Huawei_July2018_62, 143_ClubW_Huawei_July2018_63, 143_ClubW_Huawei_July2018_66, 143_ClubW_Huawei_July2018_68, 143_ClubW_Huawei_July2018_69, 143_ClubW_Huawei_July2018_70, 144_CrazyGirls_AnneMarie_Film_July2018_1, 144_CrazyGirls_AnneMarie_Film_July2018_2, 144_CrazyGirls_AnneMarie_Film_July2018_3, 144_CrazyGirls_AnneMarie_Film_July2018_4, 144_CrazyGirls_AnneMarie_Film_July2018_5, 144_CrazyGirls_AnneMarie_Film_July2018_6, 144_CrazyGirls_AnneMarie_Film_July2018_7, 144_CrazyGirls_AnneMarie_Film_July2018_8, 144_CrazyGirls_AnneMarie_Film_July2018_9, 144_CrazyGirls_AnneMarie_Film_July2018_11, 144_CrazyGirls_AnneMarie_Film_July2018_12,
- **Individual Photographs:**  144_CrazyGirls_AnneMarie_Film_July2018_13, 144_CrazyGirls_AnneMarie_Film_July2018_16, 144_CrazyGirls_AnneMarie_Film_July2018_18, 144_CrazyGirls_AnneMarie_Film_July2018_19, 144_CrazyGirls_AnneMarie_Film_July2018_20, 144_CrazyGirls_AnneMarie_Film_July2018_21, 144_CrazyGirls_AnneMarie_Film_July2018_22, 144_CrazyGirls_AnneMarie_Film_July2018_24, 144_CrazyGirls_AnneMarie_Film_July2018_25, 144_CrazyGirls_AnneMarie_Film_July2018_26, 144_CrazyGirls_AnneMarie_Film_July2018_27, 144_CrazyGirls_AnneMarie_Film_July2018_29, 144_CrazyGirls_AnneMarie_Film_July2018_30, 144_CrazyGirls_AnneMarie_Film_July2018_32, 144_CrazyGirls_AnneMarie_Film_July2018_33, 144_CrazyGirls_AnneMarie_Film_July2018_36, 145_ClubW_Film_July2018_1, 145_ClubW_Film_July2018_2, 145_ClubW_Film_July2018_3, 145_ClubW_Film_July2018_4, 145_ClubW_Film_July2018_5, 145_ClubW_Film_July2018_6,



145_ClubW_Film_July2018_7, 145_ClubW_Film_July2018_8,
145_ClubW_Film_July2018_9, 145_ClubW_Film_July2018_10,
145_ClubW_Film_July2018_11, 145_ClubW_Film_July2018_12,
145_ClubW_Film_July2018_13, 145_ClubW_Film_July2018_14,
145_ClubW_Film_July2018_15, 145_ClubW_Film_July2018_16,
145_ClubW_Film_July2018_17, 145_ClubW_Film_July2018_18,
145_ClubW_Film_July2018_19, 145_ClubW_Film_July2018_20,
145_ClubW_Film_July2018_21, 145_ClubW_Film_July2018_22,
145_ClubW_Film_July2018_23, 145_ClubW_Film_July2018_24,
145_ClubW_Film_July2018_25, 145_ClubW_Film_July2018_26,
145_ClubW_Film_July2018_27, 145_ClubW_Film_July2018_28,
145_ClubW_Film_July2018_29, 145_ClubW_Film_July2018_30,
145_ClubW_Film_July2018_31, 145_ClubW_Film_July2018_32,
145_ClubW_Film_July2018_33, 145_ClubW_Film_July2018_34,
145_ClubW_Film_July2018_35, 145_ClubW_Film_July2018_36,
146_ClubW_August2018_1, 146_ClubW_August2018_5,
146_ClubW_August2018_13, 146_ClubW_August2018_20,
146_ClubW_August2018_52, 146_ClubW_August2018_63,
146_ClubW_August2018_70, 146_ClubW_August2018_77,
146_ClubW_August2018_80, 146_ClubW_August2018_84,
146_ClubW_August2018_85, 146_ClubW_August2018_90,

- **Individual Photographs:** 146_ClubW_August2018_101, 146_ClubW_August2018_114, 146_ClubW_August2018_218, 146_ClubW_August2018_231, 146_ClubW_August2018_254, 146_ClubW_August2018_262, 146_ClubW_August2018_264, 146_ClubW_August2018_276, 146_ClubW_August2018_277, 146_ClubW_August2018_278, 146_ClubW_August2018_284, 146_ClubW_August2018_285, 146_ClubW_August2018_308, 146_ClubW_August2018_310, 146_ClubW_August2018_320, 146_ClubW_August2018_321, 146_ClubW_August2018_323, 146_ClubW_August2018_324, 146_ClubW_August2018_327, 146_ClubW_August2018_339, 146_ClubW_August2018_351, 146_ClubW_August2018_352, 146_ClubW_August2018_366, 146_ClubW_August2018_377, 146_ClubW_August2018_384, 146_ClubW_August2018_388, 146_ClubW_August2018_390, 146_ClubW_Huwei_August2018_1, 146_ClubW_Huwei_August2018_2, 146_ClubW_Huwei_August2018_3, 146_ClubW_Huwei_August2018_4, 146_ClubW_Huwei_August2018_5, 146_ClubW_Huwei_August2018_6, 146_ClubW_Huwei_August2018_7, 146_ClubW_Huwei_August2018_8, 146_ClubW_Huwei_August2018_9, 146_ClubW_Huwei_August2018_10, 146_ClubW_Huwei_August2018_11, 146_ClubW_Huwei_August2018_12, 146_ClubW_Huwei_August2018_13, 146_ClubW_Huwei_August2018_14, 147_1_Babes_Vegas2018_20, 147_1_Babes_Vegas2018_29, 147_1_Babes_Vegas2018_44, 147_1_Babes_Vegas2018_54, 147_1_Babes_Vegas2018_64, 147_1_Babes_Vegas2018_66, 147_1_Babes_Vegas2018_70, 147_1_Babes_Vegas2018_76, 147_1_Babes_Vegas2018_91, 147_1_Babes_Vegas2018_93, 147_1_Babes_Vegas2018_95, 147_1_Babes_Vegas2018_99, 147_1_Babes_Vegas2018_104, 147_1_Babes_Vegas2018_107, 147_1_Babes_Vegas2018_127, 147_1_Babes_Vegas2018_130, 147_1_Babes_Vegas2018_131, 147_1_Babes_Vegas2018_133, 147_1_Babes_Vegas2018_136, 147_1_Babes_Vegas2018_138, 147_1_Babes_Vegas2018_143, 147_1_Babes_Vegas2018_145, 147_1_Babes_Vegas2018_146, 147_1_Babes_Vegas2018_149, 147_1_Babes_Vegas2018_153, 147_2_Hustler_Vegas2018_27, 147_2_Hustler_Vegas2018_95, 147_2_Hustler_Vegas2018_156, 147_2_Hustler_Vegas2018_157, 147_2_Hustler_Vegas2018_208, 147_2_Hustler_Vegas2018_209,

147_2_Hustler_Vegas2018_217,

- **Individual Photographs:** 147_2_Hustler_Vegas2018_218, 147_3_Babes_Vegas2018_4, 147_3_Babes_Vegas2018_9, 147_3_Babes_Vegas2018_25, 147_3_Babes_Vegas2018_39, 147_3_Babes_Vegas2018_40, 147_3_Babes_Vegas2018_47, 147_3_Babes_Vegas2018_49, 147_3_Babes_Vegas2018_52, 147_3_Babes_Vegas2018_63, 147_3_Babes_Vegas2018_68, 147_3_Babes_Vegas2018_70, 147_3_Babes_Vegas2018_72, 147_3_Babes_Vegas2018_73, 147_3_Babes_Vegas2018_86, 147_3_Babes_Vegas2018_91, 147_3_Babes_Vegas2018_95, 147_3_Babes_Vegas2018_123, 147_3_Babes_Vegas2018_128, 147_3_Babes_Vegas2018_130, 147_3_Babes_Vegas2018_139, 147_3_Babes_Vegas2018_141, 147_3_Babes_Vegas2018_142, 147_3_Babes_Vegas2018_150, 147_3_Babes_Vegas2018_157, 147_3_Babes_Vegas2018_159, 147_3_Babes_Vegas2018_204, 147_3_Babes_Vegas2018_212, 147_3_Babes_Vegas2018_231, 147_3_Babes_Vegas2018_232, 147_3_Babes_Vegas2018_244, 147_3_Babes_Vegas2018_258, 147_3_Babes_Vegas2018_277, 147_3_Babes_Vegas2018_281, 147_3_Babes_Vegas2018_284, 147_3_Babes_Vegas2018_286, 147_3_Babes_Vegas2018_287, 147_3_Babes_Vegas2018_290, 147_3_Babes_Vegas2018_291, 147_3_Babes_Vegas2018_294, 147_3_Babes_Vegas2018_297, 147_3_Babes_Vegas2018_309, 147_3_Babes_Vegas2018_312, 147_3_Babes_Vegas2018_315, 147_3_Babes_Vegas2018_318, 147_3_Babes_Vegas2018_369, 147_3_Babes_Vegas2018_374, 147_3_Babes_Vegas2018_375, 147_3_Babes_Vegas2018_400, 147_3_Babes_Vegas2018_401, 147_3_Babes_Vegas2018_402, 147_3_Babes_Vegas2018_418, 147_3_Babes_Vegas2018_420, 147_3_Babes_Vegas2018_433, 147_3_Babes_Vegas2018_434, 147_3_Babes_Vegas2018_435, 147_3_Babes_Vegas2018_436, 147_3_Hustler_Vegas2018_15, 147_3_Hustler_Vegas2018_16, 147_3_Hustler_Vegas2018_20, 147_3_Hustler_Vegas2018_22, 147_3_Hustler_Vegas2018_33, 147_3_Hustler_Vegas2018_35, 147_3_Hustler_Vegas2018_37, 147_3_Hustler_Vegas2018_40, 147_3_Hustler_Vegas2018_41, 147_3_Hustler_Vegas2018_50, 147_3_Hustler_Vegas2018_52, 147_3_Hustler_Vegas2018_59, 147_3_Hustler_Vegas2018_75, 147_3_Hustler_Vegas2018_78, 147_3_Hustler_Vegas2018_85, 147_3_Hustler_Vegas2018_88,

- **Individual Photographs:** 147_3_Hustler_Vegas2018_94, 147_3_Hustler_Vegas2018_99, 147_3_Hustler_Vegas2018_100, 147_3_Hustler_Vegas2018_123, 147_3_Hustler_Vegas2018_125, 147_3_Hustler_Vegas2018_131, 147_3_Hustler_Vegas2018_134, 147_3_Hustler_Vegas2018_135, 147_3_Hustler_Vegas2018_136, 147_3_Hustler_Vegas2018_138, 147_3_Hustler_Vegas2018_143, 147_3_Hustler_Vegas2018_144, 147_3_Hustler_Vegas2018_148, 147_3_Hustler_Vegas2018_172, 147_3_Hustler_Vegas2018_175, 147_3_Hustler_Vegas2018_180, 147_3_Hustler_Vegas2018_213, 147_3_Hustler_Vegas2018_218, 148_Vegas_Film_1, 148_Vegas_Film_10, 148_Vegas_Film_15, 148_Vegas_Film_16, 148_Vegas_Film_19, 148_Vegas_Film_20, 148_Vegas_Film_21, 148_Vegas_Film_23, 148_Vegas_Film_24, 148_Vegas_Film_36, 150_ClubW_SP_Sept2018_3, 150_ClubW_SP_Sept2018_12, 150_ClubW_SP_Sept2018_13, 150_ClubW_SP_Sept2018_25, 150_ClubW_SP_Sept2018_34, 150_ClubW_SP_Sept2018_36, 150_ClubW_SP_Sept2018_38, 150_ClubW_SP_Sept2018_41, 150_ClubW_SP_Sept2018_44, 150_ClubW_SP_Sept2018_50, 150_ClubW_SP_Sept2018_64,



150_ClubW_SP_Sept2018_74, 150_ClubW_SP_Sept2018_77,
150_ClubW_SP_Sept2018_79, 150_ClubW_SP_Sept2018_85,
150_ClubW_SP_Sept2018_91, 150_ClubW_SP_Sept2018_95,
150_ClubW_SP_Sept2018_97, 150_ClubW_SP_Sept2018_102,
150_ClubW_SP_Sept2018_103, 150_ClubW_SP_Sept2018_111,
150_ClubW_SP_Sept2018_112, 150_ClubW_SP_Sept2018_114,
150_ClubW_SP_Sept2018_117, 150_ClubW_SP_Sept2018_124,
150_ClubW_SP_Sept2018_125, 150_ClubW_SP_Sept2018_127,
150_ClubW_SP_Sept2018_144, 150_ClubW_SP_Sept2018_145,
150_ClubW_SP_Sept2018_146, 150_ClubW_SP_Sept2018_154,
150_ClubW_SP_Sept2018_166, 150_ClubW_SP_Sept2018_169,
150_ClubW_SP_Sept2018_178, 150_ClubW_SP_Sept2018_185, SC 2018-09-14_223320,

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** Elizabeth Waterman
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth Waterman
345 Eldert St, 215, Brooklyn, NY, 11237

## Rights and Permissions

**Name:** Elizabeth Waterman
**Email:** elizabethwatermanart@gmail.com
**Telephone:** (917)374-6880
**Address:** 345 Eldert St
215
Brooklyn, NY 11237

## Certification

**Name:** Elizabeth Waterman
**Date:** February 25, 2019

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be

registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.