**Exhibit "C"**

Page 1
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad

## TikTok

Search

Log in

- For You
- Following
- Friends
- Explore `New`
- LIVE
- Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company
About  Newsroom  Contact  Careers

Program

### vs_asad
V$ ASAD

**Follow**

137 Following    1658 Followers    110.8K Likes

"Unbreakable it's VS" 💎
On All streaming platforms V$ ASAD
🔗 lnk.bio/rYkZ?fbclid=PAAaaN...

__Videos__    🔒 Liked



▷ 345
"Overdrive" challenge is

▷ 1695
"Overdrive" video out

▷ 316
If yall havent heard the ep

▷ 173
😂 rick ross be like...

▷ 331
Rambo with this bitch lol!

▷ 103
Steppas on the way

▷ 385
3 reason you shouldnt

▷ 335
😂😂 red snapper done

▷ 377
Pretty girls love trap

▷ 289
V$ Kash got some shit

▷ 1270
Shiftiest 11 year old on

▷ 540
"Overdrive challenge" in

Page 2
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad

   

▷ 161  "| Go harder then most

▷ 378  Watch who in yo corner

▷ 374  "That wap it make me

▷ 502  Top prospect in the nation

   

▷ 546  "Overdrive" challenge

▷ 339  😂😂 "what them mOts"

▷ 378  #motivation #hustlers

▷ 293  NotYourKind - "ride my

   

▷ 282  Peaceful views

▷ 216  Birthday recap 💎🌍

▷ 362  Be patience and dont

▷ 365  Man I felt bad after the

   

▷ 178  "Going places" out on all

▷ 473  Lol yall doing this to yall

▷ 308  Finna be laughing to the

▷ 432  Keep thuggin it out its

Captured by FireShot Pro: 07 June 2024, 14:10:37
https://getfireshot.com

Page 3
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad


▷ 325
Dont hit me im in that


▷ 366
Lol flavor flav cousin just


▷ 647
Poppin bottles bloopers


▷ 241
Pop out gang bit**


▷ 402
Lol would yall have


▷ 711
What yall doing if ya


▷ 327
We love this s*** 🔒


▷ 336
"Feed the family" EP OUT


▷ 331
Love the life you want to


▷ 124
Quick performance only


▷ 298
"Overdrive" video


▷ 1345
They going crazy to that


▷ 318
Them VS🧑 always puttin


▷ 92
They going crazy


▷ 843
Y3k by: T3k otw ft the big


▷ 487
War on the block they

Page 4
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad



▷ 106

"That wopit make me



▷ 315

241k views and counting



▷ 353

😂 somebody come get



▷ 323

My dawg wall-e mobbin



▷ 7183

😂 mardi gras 2023



▷ 337

Lol we in hard times I



▷ 333

"Shaun light"



▷ 202

"Steppas" video is out



▷ 297

LA fashion week walking



▷ 190

V$ ASAD - "Switch it up"



▷ 272

Live yo life and hussle



▷ 235

First show went up! 🌍



▷ 652

I work hard thats it!



▷ 133

"Switch it up EP" out



▷ 280.9K

Lol when in Colorodo



▷ 282

😂😂 #funny #trippin

Page 5
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad









▷ 346    ▷ 308    ▷ 333    ▷ 3258

Lol They was tryna take    Don't make no sense y'all    Put that drip on the    Look crazy ash #funny









▷ 5055    ▷ 2249    ▷ 4553    ▷ 1947

"Godly" video dropping    Y'all heard that new    "That's a stallion I like    what you say when you







▷ 1993    ▷ 4315    ▷ 822

Lol them old school    When them checks finally

Page 1
"That wopit make me stop it" V$ Asad - Overdrive #music #new #newartis... | TikTok
https://www.tiktok.com/@vs_asad/video/7219375916399676718

## TikTok

Search

Log in 

### For You
### Following
### Friends
### Explore `New`
### LIVE
### Profile

Log in to follow creators, like videos, and view comments.

**Log in**

Create TikTok effects, get a reward

Company
About  Newsroom  Contact  Careers

00:00 / 00:47  Speed

**vs_asad**
V$ ASAD · 2023-4-7    **Follow**

"That wopit make me stop it" V$ Asad - Overdrive #music #new #newartist

♫ Overdrive - V$ ASAD

📍 Los Angeles County

**1 comment**

Log in to comment

**Richie Rich** 📷
⬛⬛⬛
2023-4-8     ♡ 0    Reply

### You may like


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
cklhjvj
♡ 0 · 11h ago


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
pperend
♡ 1 · 14h ago


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
cklhjvj
♡ 0 · 11h ago


Start writing or Use the AI Assistant 😎 he appearance of...
keoelwnjatd
♡ 3 · 1d ago


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
rtsttlol
♡ 0 · 14h ago


#zodiacs #astrology #fyp
zodiacsprophet
♡ 7675 · 5-24


Beautiful view of airplanes when landing ep.1237
gspro.gaming
♡ 149 · 4-2


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
rymkegd
♡ 0 · 9h ago


#CapCut #dogsoftiktok #dog #doglove...


I love the way you work it 🦆 Granny Style 👵 #granny...

Captured by FireShot Pro: 07 June 2024, 13:57:40
https://getfireshot.com

Page 2
"That wopIt make me stop it" V$ Asad - Overdrive #music #new #newartis... | TikTok
https://www.tiktok.com/@vs_asad/video/7219375916399676718

zoie_gsdowner
♡ 71 · 2d ago

grooveynannygranny
♡ 236.2K · 3-11

le after showing everyon
e Eilish vid (Steps in B

le after showing everyon
e Eilish vid (Steps in B



00:08

00:08

Vid steps in pfp/bi0
#nbafinals
#ncaafootball...

Vid steps in pfp/bi0
#nbafinals
#ncaafootball...

omenhxd635
♡ 0 · 9h ago

rteschu582
♡ 0 · 14h ago

Captured by FireShot Pro: 07 June 2024, 13:57:40
https://getfireshot.com

Page 1
V$ ASAD (@vs_asad) | TikTok
https://www.tiktok.com/@vs_asad/video/7219375916399676718





**vs_asad**
V$ ASAD · 2023-4-7

Follow

"That wopit make me stop it" V$ Asad - Overdrive #music #new #newartist

♫ Overdrive - V$ ASAD

📍 Los Angeles County

❤ 6    💬 1    🔖 1

https://www.tiktok.com/@vs_asad/video/72193759163...    Copy link

**Comments (1)**    Creator videos

Richie Rich
2023-4...    Reply    ❤ 0

Log in to comment

Captured by FireShot Pro: 07 June 2024, 14:31:46
https://getfireshot.com

TikTok Search Log in

For You
Following
Friends
Explore New
LIVE
Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company
About Newsroom Contact Careers

# murkkdamonsta

Murkk Da Monsta

Follow

**624** Following **385** Followers **2524** Likes

artist/writer actor

Videos Liked

#newmusic

🦌's in the hood #animals

Hottest joints on the

Congrats Jaiden ‼️👨‍🎓 Boy

#colbchella #hiphop

#Gawddammomee

Go comp that🔥🔥🔥🔥

New album🔥🔥🔥🔥🔥

💪🏾💯‼️

Dropping very soon!! Stay

#GodGotMe

Onion rings with jalapeño



Page 2
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta





▷ 63          ▷ 8759          ▷ 51          ▷ 143

A😡zz n Basketball😭😭‼️                    #bussitchallenge🔥    Happy 420🤪😵‍💫🔥






▷ 57          ▷ 57          ▷ 272          ▷ 319

#glorilla #dui #lockedup    #bussitchallenge🔥    #murkkdamonsta #bussit    #Respect 💪🏿💯‼️






▷ 305          ▷ 232          ▷ 263          ▷ 72

Tune in #murkkdamonsta    #solareclipse #earth    #dogs #play    #newmusic






▷ 291          ▷ 313          ▷ 288          ▷ 561

👎🏿‼️🖕🏿                    Tbone steak and cheese    #Godgotme    #murkkdamonsta

Page 3
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta



| | | | |
|---|---|---|---|
| ▷ 325 | ▷ 677 | ▷ 854 | ▷ 1921 |
| Sonic | Who you taking 👑!? | #murkkdamonsta | #lebron #40000points |
| ▷ 4865 | ▷ 2536 | ▷ 3780 | ▷ 759 |
| Who you taking | #omarfromthewire or | Who you taking #odog or | Who the biggest ratchet |
| ▷ 3334 | ▷ 411 | ▷ 3187 | ▷ 525 |
| The biggest dummy | #thewire or #power | Who you taking | #michaeljackson or |
| ▷ 2574 | ▷ 4588 | ▷ 6657 | ▷ 766 |
| Who you got #2pac or | Who you taking Marvin or | Monet Tajada or Raq who | Shannon sharpe and mike |

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 4
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta



▷ 592
#mahomes #3rdring

▷ 712
#monique #kevinhart

▷ 51
New single (Buss it) by

▷ 768

▷ 799
Plane crash in Florida

▷ 307
Ti aint going he comfirms

▷ 293
#murkkdamonsta

▷ 253
#ieatzgood

▷ 266
#murkkdamonsta

▷ 325
Cars stolen within

▷ 392
Fire truck on ice 🧊🚒😂‼️

▷ 276
#cheezitchilli #ieatzgood

▷ 298
#ieatzgood

▷ 1087
4yr old gets a hold of the

▷ 787
#blackwidow

▷ 327
#murkkdamonsta

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 5
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta


▷ 269
#IEatzGood


▷ 279
#IEatzGood


▷ 265
#ieatzgood


▷ 272
#holidayspirit 🎄🎄‼️


▷ 56
#mealzonabudget


▷ 308
#murkkdamonsta


▷ 318
#chocolatechipcookies


▷ 345
#murkkdamonsta


▷ 88


▷ 319
#timetoclean


▷ 348
New release !!!!!🔥🔥🔥


▷ 303
#snlowmotion


▷ 282
#peaceofmind


▷ 715
#IeatzGood


▷ 299
#happyhalloween


▷ 324
#runningstopsigns

Page 6
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta


▷ 293
#choptrees


▷ 296
#church #Godisgood


▷ 284
#murkkdamonsta


▷ 377
#Gasoverflow


▷ 280
#thatgoodice


▷ 286
#stayfreshcented


▷ 316
#earlymorning


▷ 260
#murkkdamonsta


▷ 268
#leatzgood


▷ 278
#findsomebodytoplaywit


▷ 257
#leatzgood


▷ 329
#onthisday


▷ 288
#murkkdamonsta #bee


▷ 287
#murkkdamonsta


▷ 281
#murkkdamonsta


▷ 293
#selfish #dogs

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 7
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta



Page 8
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta


▷ 854
#food #murkkdamonsta


▷ 305
#murkkdamonsta


▷ 773
Mealz on a budget🍽🥄


▷ 284
Loyalty is everything 🤞


▷ 39
I am tho💪💯‼️


▷ 845
Black sheep🐐💯‼️


▷ 761
Murkkdamonsta x Og


▷ 4
Find somebody to play


▷ 41
Out Now go subscribe to


▷ 79
Stay tuned 💪💯‼️


▷ 48
https://youtube.com/@mu


▷ 114
Go subscribe 👉


▷ 263
Available on all streaming


▷ 282
Murkkdamonsta x whole


▷ 772
Come get y'all people's🖐


▷ 907

   

▷ 91    ▷ 71    ▷ 737    ▷ 53

Menace 😂

   

▷ 373    ▷ 76    ▷ 257    ▷ 262

Lo mein kingllc💪🌶💯‼️🔥    Popping wheelies💪🌶💯

   

▷ 701    ▷ 826    ▷ 269    ▷ 98

"Kept Put"    "Kept Put"    My famous noodles the

coming

   

▷ 93    ▷ 33    ▷ 40    ▷ 833

#Murkkdamonsta    Labomba out now

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 10
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta

   

▷ 648    ▷ 255    ▷ 255    ▷ 542

drinking juice😂

   

▷ 730    ▷ 253    ▷ 268    ▷ 668

coming soon💪😎💯❗    beat to a parking spot

   

▷ 254    ▷ 1317    ▷ 265    ▷ 229

Chromebook blues.. dont    #bts #Murkkdamonsta    Free download available

   

▷ 296    ▷ 257    ▷ 20    ▷ 909

Murkkdamonsta"big rims    How parents use to play    Murkkdamonsta "Lotta    Classic mario world💪😎

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 11
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta



| | | | |
|---|---|---|---|
| ▷ 289 | ▷ 259 | ▷ 251 | ▷ 670 |
| jamming to | #cmg10 | Murkkdamonsta #Laylaw | super Murkkdamonsta |
| ▷ 19 | ▷ 228 | ▷ 221 | ▷ 659 |
| | Dro 450 snip clip | Happy Murkkdamonsta | Murkkdamonsta wit bars |
| ▷ 187 | ▷ 208 | ▷ 653 | ▷ 210 |
| Murkkdamonsta "You ain't | Murkkdamonsta "Warrior" | On the Edge snip | murkkdamonsta "dro450" |
| ▷ 134 | ▷ 70 | ▷ 7 | ▷ 12 |
| murkkdamonsta snip clip | murkkdamonsta snip clip | sometimes that 1 eye is all | Murkkdamonsta "find |

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 12
Murkk Da Monsta (@murkkdamonsta) | TikTok
https://www.tiktok.com/@murkkdamonsta

Byn snip clip



▷ 66

barz🔥🔥🔥🔥💪❗💯



▷ 207

murkkdamonsta



▷ 542

snip clip "can't leave me



▷ 1113



▷ 168

Lotta Azz

▷ 4

Captured by FireShot Pro: 07 June 2024, 14:07:32
https://getfireshot.com

Page 1
New single (Buss it) by #murkkdamonsta | TikTok
https://www.tiktok.com/@murkkdamonsta/photo/7332511674932645166

## TikTok

Search

Log in

- For You
- Following
- Friends
- Explore New
- LIVE
- Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company
About  Newsroom  Contact  Careers



**murkkdamonsta**
Murkk Da Monsta · 2-6     Follow

New single (Buss it) by #murkkdamonsta

♫ Buss it – Murkkdamonsta

0 comment

Log in to comment

Be the first to comment!

### You may like


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
goulren1        ♡ 1 · 12h ago

Vid steps in pfp/bi0 #nbafinals #ncaafootball...
rymkegd        ♡ 0 · 9h ago


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
pperend        ♡ 1 · 14h ago


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
rymkegd        ♡ 0 · 9h ago


#zodiacs #astrology #fyp
zodiacsprophet        ♡ 2212 · 2d ago


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
vesslimp        ♡ 0 · 11h ago


Vid steps in pfp/bi0 #nbafinals #ncaafootball...
isenivea3        ♡ 0 · 10h ago


Cleaning iPhone charging Port with hot glue don't try...
converto_        ♡ 22.7K · 4-23

#forever16💔🕊 #restinpeace
nara_marshall

Airlines are angry over this crazy travel hack!

Captured by FireShot Pro: 07 June 2024, 14:04:58
https://getfireshot.com

Page 2
New single (Buss it) by #murkkdamonsta | TikTok
https://www.tiktok.com/@murkkdamonsta/photo/7332511674932645166

♡ 73.9K · 5-6

mytraveltote4
♡ 57.2K · 4-6


00:08


00:08

Vid steps in pfp/bi0
#nbafinals
#ncaafootball…
pperend
♡ 1 · 14h ago

#CapCut
ctpbiz
♡ 0 · 2h ago


00:08


baby
00:07

Vid steps in pfp/bi0
#nbafinals
#ncaafootball…
pperend
♡ 0 · 14h ago

#CapCut
miami.devils1
♡ 63 · 1w ago


00:09


00:06

babiesworld.03
♡ 20.1K · 4-4

Selfish about me . . 
. . #cozyhome
#motivation…
astoldbyteetee
♡ 29 · 20h ago


00:08


00:08

Vid steps in pfp/bi0
#nbafinals
#ncaafootball…
ndywdis
♡ 0 · 10h ago

Vid steps in pfp/bi0
#nbafinals
#ncaafootball…
hergdin
♡ 1 · 15h ago


00:08


00:08

Vid steps in pfp/bi0
#nbafinals
#ncaafootball…
tionche
♡ 0 · 13h ago

Vid steps in pfp/bi0
#nbafinals
#ncaafootball…
rymkegd
♡ 0 · 9h ago

Captured by FireShot Pro: 07 June 2024, 14:04:58
https://getfireshot.com

Page 3
New single (Buss it) by #murkkdamonsta | TikTok
https://www.tiktok.com/@murkkdamonsta/photo/7332511674932645166



Vid steps in pfp/bi0
#nbafinals
#ncaafootball...
iblecoh
♡ 0 · 13h ago



#CapCut
robg0075
♡ 13 · 5-29



Vid steps in pfp/bi0
#nbafinals
#ncaafootball...
elatlog
♡ 1 · 12h ago



Come and get ittttt
#baddieseast
#liddy
girlyfaceco
♡ 1.4M · 3-22



come here 😂😂
#boys
#olderboysarebet...
user8732761811086
♡ 657.7K · 5-26



Just a pupper
making friends 🐾
🐾 #whatsnottolo...
kodaretriever
♡ 83.1K · 3-31



Vid steps in pfp/bi0
#nbafinals
#ncaafootball...
ngstala6
♡ 1 · 13h ago



#CapCut
user229415244975
♡ 42 · 5-28

Captured by FireShot Pro: 07 June 2024, 14:04:58
https://getfireshot.com

Find related content

Report

**murkkdamonsta**
Murkk Da Monsta · 2-6

Follow

New single (Buss it) by #murkkdamonsta

♫ Buss it - Murkkdamonsta

4 0 0

https://www.tiktok.com/@murkkdamonsta/photo/7332... Copy link

**Comments (0)** Creator videos

Be the first to comment!

Log in to comment



Page 1
Matt Stenson - Rush | TikTok
https://www.tiktok.com/music/Rush-7234548989814376449

♪ TikTok

Search 🔍

Log in ⋮

🏠 For You

👤 Following

👥 Friends



**Rush**
Matt Stenson

↗ ⋯

🎵

**No videos with this sound yet**

Looking for videos? Try browsing our trending creators, hashtags, and sounds.

Captured by FireShot Pro: 07 June 2024, 14:00:11
https://getfireshot.com