DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  keyes.mike@dorsey.com
Connor J. Hansen (*pro hac vice*)
  hansen.connor@dorsey.com
Dylan J. Harlow (*pro hac vice*)
  harlow.dylan@dorsey.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: 206.903.8800
Facsimile:  206.903.8820
[additional counsel listed on signature page]

*Attorneys for Defendant TikTok, Inc.*

COPYCAT LEGAL PLLC
Lauran M. Hausman (CA Bar. No. 349514)
113 N. San Vicente Blvd
Suite 323
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

*Attorney for Plaintiff Elizabeth Waterman*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN<br><br>*Plaintiff*,<br><br>v.<br><br>TIKTOK, INC.,<br><br>*Defendant*. | Case No. 2:24-CV-04802-AB-AJR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY 14 DAYS**<br><br>First Amended Complaint Filed: November 20, 2024<br><br>Current Response Date: December 4, 2024<br><br>New Response Date: December 18, 2024 |

Plaintiff Elizabeth Waterman ("Plaintiff") and Defendant TikTok, Inc. ("Defendant") stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to the First Amended Complaint by fourteen (14) days.

WHEREAS, on June 7, 2024, Plaintiff filed a Complaint in this action against Defendant (Dkt. No. 1);

WHEREAS, the Parties previously stipulated to a thirty (30) day extension of time for Defendant to respond to Plaintiff's initial Complaint (Dkt. No. 14) and a further fourteen (14) day extension of time (Dkt. No. 22);

WHEREAS, on August 19, 2024, Defendant filed a Motion to Dismiss Plaintiff's Complaint (Dkt. No. 24);

WHEREAS, on October 30, 2024, the Court granted Defendant's Motion to Dismiss and granted Plaintiff leave to amend its Complaint (Dkt. No. 36);

WHEREAS, on November 20, 2024, Plaintiff filed a First Amended Complaint, making Defendant's response due December 4, 2024 (Dkt. No. 37);

WHEREAS, due to the Thanksgiving holiday, Defendant requested from Plaintiff a fourteen (14) day extension of time for Defendant to answer or respond to the First Amended Complaint;

WHEREAS, Plaintiff and Defendant agree to a fourteen (14) day extension of time for Defendant to file an Answer to the First Amended Complaint;

THEREFORE, Plaintiff and Defendant stipulate to a fourteen (14) day extension of time, making Defendant's answer or response to the First Amended Complaint due on December 18, 2024.

It is so stipulated.

////

////

////

////

| | | |
|---|---|---|
| 1 | Dated: December 2, 2024 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By: /s/ J. Michael Keyes |
| | | J. Michael Keyes (SBN 262281) |
| 4 | | keyes.mike@dorsey.com |
| | | Connor J. Hansen (*pro hac vice*) |
| 5 | | hansen.connor@dorsey.com |
| | | Dylan J. Harlow (*pro hac vice*) |
| 6 | | harlow.dyaln@dorsey.com |
| | | Columbia Center |
| 7 | | 701 Fifth Avenue, Suite 6100 |
| | | Seattle, WA |
| 8 | | Telephone: 206.903.8800 |
| | | Facsimile: 206.903.8820 |
| 9 | | DORSEY & WHITNEY LLP |
| 10 | | Kent J. Schmidt (SBN 195969) |
| | | schmidt.kent@dorsey.com |
| 11 | | 600 Anton Boulevard, Suite 200 |
| | | Costa Mesa, CA 92626 |
| 12 | | Telephone: 714.800.1400 |
| | | Facsimile: 714.800.1499 |
| 13 | | *Attorneys for Defendant TikTok, Inc.* |
| 14 | | |
| 15 | Dated: December 2, 2024 | COPYCAT LEGAL PLLC |
| 16 | | |
| 17 | | By: /s/ Lauren M. Hausman |
| | | Lauren M. Hausman (SBN 349514) |
| 18 | | 113 N. San Vicente Blvd |
| | | Suite 232 |
| 19 | | Beverly Hills, CA 90211 |
| | | (877) 437-6228 |
| 20 | | lauren@copycatlegal.com |
| 21 | | *Attorney for Plaintiff Elizabeth Waterman* |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 2, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

                                      */s/ J. Michael Keyes*
                                      J. Michael Keyes, SBN 262281