UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>TIKTOK, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:24-CV-04802-AB-AJR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

On December 2, 2024, the parties filed a Stipulation to Extend Time to Respond to First Amended Complaint by 14 Days.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

The deadline for Defendant to answer or otherwise respond to the First Amended Complaint in this matter is extended from December 4, 2024 to December 18, 2024.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE