

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Creation of the Calendar | ) ) ) ) ) ) ) ) | ORDER OF THE CHIEF JUDGE<br>**25-039** |
|---|---|---|
| of | | |
| Judge SERENA R. MURILLO | | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Serena R. Murillo,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge André Birotte, Jr. to the calendar of Judge Serena R. Murillo:

| 2:23-cv-03039-AB-JCx | Kent W. Epperson v. Santa Barbara County Association of Governments SBCAG |
|---|---|
| 2:24-cv-01525-AB-MAAx | Nelly Meza v. Decron Properties Corp., et al. |
| 2:24-cv-02123-AB-KESx | Pedro Ocampo v. First Advantage Background Services Corp. |
| 2:24-cv-04802-AB-AJRx | Elizabeth Waterman v. TikTok Inc. |
| 2:24-cv-07100-AB-Ex | Indu H. Harwin v. Courtney DeSoto, et al. |
| 2:24-cv-10116-AB-MAAx | Anthony Sanford v. Haskel International, LLC, et al. |
| 2:24-cv-10275-AB-JPRx | Moises Villalobos v. U.S. Bancorp, et al. |
| 2:24-cv-11209-AB-BFMx | John Nassef N. S. Hanna v. Ur Jaddou, et al. |
| 2:25-cv-00286-AB-AJRx | NY Black and Gold Corporation v. Instagram LLC, et al. |
| 2:25-cv-00371-AB-Ex | Seneca Insurance Company, Inc. v. K.B., et al. |
| 2:25-cv-00552-AB-SKx | Seda Grigoryan v. No Frontiers Production, LLC |
| 5:24-cv-00198-AB-AJRx | Norvell Andrew v. Warden Jacob Doerer |

In the Matter of the
Creation of Calendar for
District Judge Serena R. Murillo                                                                                          2

---

On all documents subsequently filed in the case, the Judge initials "SRM" shall be substituted after the case number in place of the initials of the prior Judge.

DATED: February 27, 2025                    _____
                                                              Chief Judge Dolly M. Gee