# Lauren Hausman

| | |
|---|---|
| **From:** | Jonathan Alejandrino |
| **Sent:** | Friday, May 2, 2025 4:49 PM |
| **To:** | Hansen.Connor@dorsey.com |
| **Cc:** | Lauren Hausman; Tia Kelly; keyes.mike@dorsey.com; Harlow.Dylan@dorsey.com; duran.nancy@dorsey.com |
| **Subject:** | ▮▮▮▮▮ Waterman v. Tiktok - ▮▮▮▮▮ |

Hi Connor,

Thank you for taking the time to speak with us today. We wanted to address a few matters.



Depositions

- 

- Waterman Deposition
    - Waterman has not yet confirmed whether she is available for the 15th, but we are attempting to confirm.
    - We will be serving our 30(b)(6) shortly; can you please provide me dates the week of May 12-May 16 that your client is available for a deposition.



1

█████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████ Please let us know if you have any questions, and we look forward to your responses.

Best regards,



**Jonathan Alejandrino, Esq.**
Attorney

CopyCat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

T  877-HERO-CAT (877-437-6228)
E  jonathan@copycatlegal.com
   www.copycatlegal.com



You Create.
Copycat Protects.™