

# Lauren Hausman

**From:** Lauren Hausman
**Sent:** Monday, May 5, 2025 2:38 PM
**To:** Jonathan Alejandrino; Hansen.Connor@dorsey.com
**Cc:** Tia Kelly; keyes.mike@dorsey.com; Harlow.Dylan@dorsey.com; duran.nancy@dorsey.com
**Subject:** RE: ███████ Waterman v. Tiktok - ███████ Discussion

Hi Connor,

I hope you had a nice weekend. I wanted to follow up on Jonathan's below email, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Please let us know if you have any questions.

Best,
Lauren



**Lauren Hausman, Esq.**
Attorney

CopyCat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

T  877-HERO-CAT (877-437-6228)
E  lauren@copycatlegal.com
   www.copycatlegal.com



You Create.
Copycat Protects.™