

# Lauren Hausman

| | |
|---|---|
| **From:** | Hansen.Connor@dorsey.com |
| **Sent:** | Monday, May 5, 2025 6:30 PM |
| **To:** | Lauren Hausman; Jonathan Alejandrino |
| **Cc:** | Tia Kelly; keyes.mike@dorsey.com; Harlow.Dylan@dorsey.com; duran.nancy@dorsey.com; Hansen.Connor@dorsey.com |
| **Subject:** | RE: ▮▮▮▮▮ Waterman v. Tiktok - ▮▮▮▮▮ Discussion |

External (hansen.connor@dorsey.com)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Hi Jonathan,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We are awaiting our client's input on the remainder of your email and will get back to you.

Thanks,
Connor

**Connor J. Hansen**
IP Litigation Associate
Pronouns: He/Him/His

**DORSEY**
DORSEY + WHITNEY LLP
P: 206.903.2407   C: 402.469.1778

WWW.DORSEY.COM :: Bio :: V-Card :: LinkedIn