# Lauren Hausman

| | |
|---|---|
| **From:** | Lauren Hausman |
| **Sent:** | Thursday, May 8, 2025 11:30 AM |
| **To:** | Hansen.Connor@dorsey.com; Jonathan Alejandrino |
| **Cc:** | Tia Kelly; keyes.mike@dorsey.com; Harlow.Dylan@dorsey.com; duran.nancy@dorsey.com |
| **Subject:** | RE: ███████ Waterman v. Tiktok - ███████ Discussion |

Hi Connor,

I hope you are having a nice morning.

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

If you are referring to Plaintiff as in Waterman, you have her deposition already scheduled. Additionally, we have requested dates for your client in Waterman a few times. Please provide a date and time for which you and your client is available. That deposition needs to be scheduled with you as well as a court reporter.

Please let me know if you have any questions, as well as how your client would like to proceed in the Waterman deposition, ███████████

Thanks!
Lauren



**Lauren Hausman, Esq.**
Attorney

CopyCat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

T  877-HERO-CAT (877-437-6228)
E  lauren@copycatlegal.com
    www.copycatlegal.com

You Create.
Copycat Protects.™



1