

**Lauren Hausman**

| | |
|---|---|
| **From:** | Hansen.Connor@dorsey.com |
| **Sent:** | Thursday, May 8, 2025 11:35 AM |
| **To:** | Lauren Hausman; Jonathan Alejandrino |
| **Cc:** | Tia Kelly; keyes.mike@dorsey.com; Harlow.Dylan@dorsey.com; duran.nancy@dorsey.com; Hansen.Connor@dorsey.com |
| **Subject:** | RE: [redacted] Waterman v. Tiktok - [redacted] Discussion |

External (hansen.connor@dorsey.com)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

Hi Lauren,

On Waterman, we have been waiting for you to confirm she is available on May 15. Are you confirming? We have not yet had an opportunity to confer with our client regarding the 30(b)(6) notice that you served yesterday, we will do so and follow up with you.

[redacted]

Thanks,
Connor

**Connor J. Hansen**
IP Litigation Associate
Pronouns: He/Him/His

**DORSEY**
DORSEY + WHITNEY LLP
P: 206.903.2407   C: 402.469.1778

WWW.DORSEY.COM  ::  Bio  ::  V-Card  ::  LinkedIn