

## Lauren Hausman

| | |
|---|---|
| **From:** | Jonathan Alejandrino |
| **Sent:** | Thursday, May 8, 2025 11:49 AM |
| **To:** | Hansen.Connor@dorsey.com; Lauren Hausman |
| **Cc:** | Tia Kelly; keyes.mike@dorsey.com; Harlow.Dylan@dorsey.com; duran.nancy@dorsey.com |
| **Subject:** | RE: ▮▮▮▮▮▮ Waterman v. Tiktok - ▮▮▮▮▮▮ Discussion |

Hi Connor,

We requested dates for your client's deposition last week and reiterated our request yesterday serving the Notice. We can make Waterman available the 15th, but we expect the same professional courtesy in making your client available as well.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Regards,



**Jonathan Alejandrino, Esq.**
Attorney

CopyCat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

**T** 877-HERO-CAT (877-437-6228)
**E** jonathan@copycatlegal.com
   www.copycatlegal.com



1