

**Lauren Hausman**

| | |
|---|---|
| **From:** | Jonathan Alejandrino |
| **Sent:** | Friday, May 9, 2025 2:02 PM |
| **To:** | Hansen.Connor@dorsey.com; Lauren Hausman |
| **Cc:** | Tia Kelly; keyes.mike@dorsey.com; Harlow.Dylan@dorsey.com; duran.nancy@dorsey.com |
| **Subject:** | RE: ▆▆▆▆ Waterman v. Tiktok - ▆▆▆▆ Discussion |

Good afternoon Connor,

I am following up on the request for dates. Please let us know if you are going to be able to provide them to us so we can plan accordingly.

Regards,



**Jonathan Alejandrino, Esq.**
**Attorney**

CopyCat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

**T** 877-HERO-CAT (877-437-6228)
**E** jonathan@copycatlegal.com
    www.copycatlegal.com

