# Lauren Hausman

| | |
|---|---|
| **From:** | Tia Kelly |
| **Sent:** | Monday, May 12, 2025 5:15 PM |
| **To:** | Lauren Hausman; Jonathan Alejandrino; Hansen.Connor@dorsey.com |
| **Cc:** | keyes.mike@dorsey.com; Harlow.Dylan@dorsey.com; duran.nancy@dorsey.com |
| **Subject:** | RE: ▮▮▮ Waterman v. Tiktok - ▮▮▮ Discussion |

Good afternoon,

Please see below Zoom information regarding the Noticed Deposition.

Thank you,


**Daughters Reporting is inviting you to a scheduled Zoom meeting.**

**Topic: WATERMAN VS. TIKTOK**
**Time: May 14, 2025 01:00 PM Eastern Time (US and Canada)**
**Join Zoom Meeting**
https://us02web.zoom.us/j/85154015502?pwd=riTw4zbovj3n2rlOgQTbfm3dw353oE.1

**Meeting ID: 851 5401 5502**
**Passcode: 288772**


---





**Tia Kelly**
Paralegal

CopyCat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

**T** 877-HERO-CAT (877-437-6228)
**E** tia@copycatlegal.com
 www.copycatlegal.com