UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TIKTOK, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-04802-SRM-AJR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL 30(B)(6) DEPOSITION OF TIKTOK, INC. AND EXTEND THE DISCOVERY CUT-OFF FOR THE LIMITED PURPOSE OF COMPLETING DEFENDANT'S 30(B)(6) DEPOSITION** |

On May 13, 2025, Plaintiff filed a Motion to Compel defendant TikTok, Inc.'s 30 (b)(6) corporate representative for a deposition and to extend the discovery cut-off date for the limited purpose of completing Defendant's 30(b)(6) deposition.

The court, having considered Plaintiff's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Defendant must produce its 30(b)(6) corporate representative(s) within thirty (30) days of entry of this Order.

2. The Discovery Cut-Off is extended up and until Defendant's 30(b)(6) deposition is completed, and for the sole and limited purpose of completing this deposition.

IT IS SO ORDERED.

Dated: _____

A. JOEL RICHLIN
United States Magistrate Judge

2