Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
Elizabeth Waterman

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK, INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-04802-SRM-AJR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Elizabeth Waterman ("Plaintiff") and Defendant TikTok, Inc. ("Defendant") (each a "Party" and collectively, the "Parties"), being all Parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this

proceeding, with prejudice, and with each Party to bear their own attorneys' fees and costs incurred in this lawsuit.

        COPYCAT LEGAL PLLC
        113 North San Vicente Boulevard
        Suite 232
        Beverly Hills, CA 90211
        Telephone: (877) 437-6228
        lauren@copycatlegal.com
        jonathan@copycatlegal.com

*Attorney for Plaintiff*

By: /s/ Lauren M. Hausman
Lauren M. Hausman, Esq.
Jonathan Alejandrino, Esq.
*(pro hac vice)*


By: /s/ Connor J. Hansen
Connor J. Hansen (*pro hac vice*)
hansen.connor@dorsey.com
J. Michael Keyes (SBN 262281)
keyes.mike@dorsey.com
Dylan J. Harlow (*pro hac vice*)
harlow.dyaln@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA
Telephone: 206.903.8800
Facsimile: 206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
schmidt.kent@dorsey.com
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626

Telephone: 714.800.1400
Facsimile: 714.800.1499

*Attorneys for Defendant*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.